United States Department of Justice
Office of the United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas  75242
(214) 767-8967

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MAYFLOWER COMMUNITIES, INC., | § | Case No.  19-30283-hdh-11 |
| | § | |
| Debtor-in-Possession. | § | Chapter 11 |

**<u>Appointment of Official Residents' Committee</u>**

Pursuant to 11 U.S.C. §1102(a)(1), the following persons are appointed to the Official Residents' Committee in the above styled and numbered case:

**Interim Chairman**
Robert Reynolds
1335 S. Guilford Rd, #3505
Carmel, IN  46032
(317) 319-0376
ReynoldsRH1@yahoo.com

Donald E. Boelke
1335 South Guilford Rd., #3102
Carmel, IN  46032
(317) 372-2227
Dboelke2@gmail.com

Ralph E. Lundgren
1335 S. Guilford Rd., #3101
Carmel, IN  46032
(317) 844-3812
rlund92355@aol.com

William R. Coffey
1299 Middle Gulf Dr. #112
Sanibel, FL  33957
(317) 815-1963
bill-lizcoffey@sbcglobal.net

Lawrence Mark Henderson, Jr.<br>
1335 S. Guilford Rd., #1307<br>
Carmel, IN  46032<br>
(317) 846-9635<br>
jackmarksue@att.net

In accordance with paragraph 2(e) of the Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Patient Information, each of the identified committee members agreed to waive the confidentiality of his name and contact information – but not other medical or similar information - so the information would be available to other residents and other bankruptcy parties-in-interest.

The United States Trustee reserves the right to amend or alter the committee.

February 11, 2019        WILLIAM T. NEARY
                         UNITED STATES TRUSTEE

                          /s/ Lisa L. Lambert
                         Lisa L. Lambert
                         United States Department of Justice
                         Office of the United States Trustee
                         1100 Commerce Street, Room 976
                         Dallas, TX 75242
                         phone:  (214) 767-1080
                         Lisa.L.Lambert@usdoj.gov

Certificate of Service

I hereby certify that I emailed a copy of the above document to the members of the committee on February 11, 2019, that the debtor and creditors requesting notice through ECF have received ECF notice on February 11, 2019, and that I served a copy on the sealed list of 20 largest on Monday, February 11, 2019, with service comporting with the Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Patient Information.

                           /s/ Lisa L. Lambert
                         Lisa L. Lambert

| | |
|---|---|
| Donlin Recano & Company, Inc.<br>6201 15th Avenue<br>Brooklyn, NY  11219 | 2323 Ross Avenue, Ste. 600<br>Dallas, TX  75201<br>*By ECF:*  vanaya@jw.com |
| UMB Bank, NA<br>c/o Vienna Flores Anaya<br>Jackson Walker LLP | UMB Bank, NA<br>c/o Moseph R. Dunn<br>Mintz Levin Cohn Ferris, et al. |

3580 Carmel Mountain Road
San Diego, CA  92130

UMB Bank, NA
c/o William Wade Kannel
Mintz Levin Cohn Ferris Glovsky Popeo
One Financail Center
Boston, MA  02111
*By ECF:*  wkannel@mintz.com

UMB Bank, NA
c/o Kenneth Stohner, Jr.
Jackson Walker, LLP
2323 Ross Avenue, Ste. 600
Dallas, TX  75201
*By ECF:*  kstohner@jw.com

Mayflower Communities, Inc.
15601 Dallas Parkway, Ste. 200
Addison, TX  75001

Mayflower Communities, Inc.
c/o Thomas R. Califano
DLA Piper LLP US
1251 Avenue of the Americas
New York, NY  10020-1104
*By ECF:*  Thomas.califano@dlapiper.com

Mayflower Communities, Inc.
c/o Dienna Corrado
DLA Piper LLP US
1251 Avenue of the Americas
New York, NY  10020
*By ECF:*  dienna.corrado@dlapiper.com

Mayflower Communities, Inc.
c/o Rachel Piper LLP
200 South Biscayne Blvd., Ste. 2500
Miami, FL  33131
*By ECF:*  Rachel.nanes@dlapiper.com

Mayflower Communities, Inc.
c/o Dan B. Prieto
DLA Piper LLP US
1717 Main Street, Ste. 4600
Dallas, TX  75201-4629
*By ECF:*  dan.prieto@dlapiper.com

Mayflower Communities, Inc.
c/o Andrew Ball Zollinger
DLA Piper LLP US
1717 Main Street, Ste. 4600
Dallas, TX  75201
*By ECF:*  andrew.zollinger@dlapiper.com

**20 Largest Unsecured Creditors**

Resident #141 & Resident #142
Address Intentionally Omitted

Resident # 718 & Resident # 719
Address Intentionally Omitted

Resident #10
Address Intentionally Omitted

Resident #92
Address Intentionally Omitted

Resident #177 & Resident #178
Address Intentionally Omitted

Resident #200
Address Intentionally Omitted

Resident #224
Address Intentionally Omitted

Resident #28
Address Intentionally Omitted

Resident #206
Address Intentionally Omitted

Resident #85
Address Intentionally Omitted

Resident #222 & Resident #717
Address Intentionally Omitted

Resident #101
Address Intentionally Omitted

Resident #186
Address Intentionally Omitted

Resident #232 & Resident #233
Address Intentionally Omitted

Resident #204 & Resident #205
Address Intentionally Omitted

Resident #91

Address Intentionally Omitted

Resident #715 & Resident #716
Address Intentionally Omitted

Resident #74 & Resident #721
Address Intentionally Omitted

Resident #714 & Resident #720
Address Intentionally Omitted

Resident #34 & Resident #713
Address Intentionally Omitted