**UNITED STATES BANKRUTPCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CHAPTER 11** |
| **MAYFLOWER COMMUNITIES, INC.** | § | |
| | § | **CASE NO. 19-30283 (HDH)** |
| DEBTOR. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

PLEASE TAKE NOTICE that the undersigned counsel hereby appear as proposed co-counsel for the Official Residents' Committee and requests, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case, and in any cases consolidated herewith, be given to and served upon the undersigned attorneys, at the address set forth below:

Patrick N. Neligan, Jr.
James P. Muenker
John D. Gaither
**NELIGAN LLP**
325 N. St. Paul, Suite 3600
Dallas, Texas  75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301
pneligan@neliganlaw.com
jmuenker@neliganlaw.com
jgaither@neliganlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone or otherwise.

Dated: February 19, 2019          Respectfully submitted,

**NELIGAN LLP**

 /s/ Patrick J. Neligan, Jr.
Patrick J. Neligan, Jr.
Texas State Bar No. 14866000
pneligan@neliganlaw.com
James P. Muenker
Texas State Bar No. 24002659
jmuenker@neliganlaw.com
John D. Gaither
Texas State Bar No. 24055516
jgaither@neliganlaw.com
325 N. St. Paul, Suite 3600
Dallas, Texas 75201
Telephone: (214) 840-5300
Facsimile: (214) 840-5301

**PROPOSED CO-COUNSEL FOR THE OFFICIAL RESIDENTS' COMMITTEE**

## CERTIFCATE OF SERVICE

The undersigned hereby certifies that on the 19th day of February 2019, a true and correct copy of the foregoing was served via this Court's ECF notification system.

 /s/ Patrick J. Neligan, Jr.
Patrick J. Neligan, Jr.