**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | **CHAPTER 11** |
| **MAYFLOWER COMMUNITIES, INC.**[1] | § | |
| | § | **CASE NO. 19-30283 (HDH)** |
| Debtor. | § | |

**GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES**
**REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES**
**AND STATEMENT OF FINANCIAL AFFAIRS**

**Introduction**

On January 30, 2019 (the "Petition Date"), Mayflower Communities, Inc., the debtor and debtor-in-possession in the above-captioned chapter 11 case (the "Debtor"), commenced a chapter 11 case (the "Chapter 11 Case") by filing a voluntary petition for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court").

Pursuant to the requirements of Bankruptcy Code section 521 and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the Debtor, with the assistance of its advisors, has filed its respective Schedules of Assets and Liabilities (the "Schedules") and Statement of Financial Affairs (the "Statement") with the Bankruptcy Court.

Mr. Louis E. Robichaux IV is the Chief Restructuring Officer of the Debtor and has signed the Schedules and Statement on behalf of the Debtor.  In reviewing and signing the Schedules and Statement, Mr. Robichaux has relied upon the efforts, statements and representations of various personnel employed by the Debtor and the Debtor's professionals.  Mr. Robichaux has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statement, including statements and representations concerning amounts owed to creditors.

These *Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in and comprise an integral part of the Debtor's Schedules and Statement.  The Global Notes should be referred to and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled with the financial statements of the Debtor.  Additionally,

---

[1]    The last four digits of the Debtor's federal tax identification number are 6350.

1

the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's commercially reasonable best efforts to report the assets and liabilities of the Debtor.

In preparing the Schedules and Statement, the Debtor relied upon financial data derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statement. Thus, the Debtor is unable to warrant or represent the Schedules and Statement are without inadvertent errors, omissions or inaccuracies. Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary and appropriate.

## Global Notes and Overview of Methodology

**Reservation of Rights**. Nothing contained in the Schedules and Statement shall constitute a waiver of the Debtor's rights or an admission with respect to its Chapter 11 Case, including, without limitation, any issues involving substantive consolidation, equitable subordination, offsets or defenses and/or causes of action arising under, inter alia, the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws.

**Description of the Chapter 11 Case**. On the Petition Date, the Debtor filed a voluntary petition for relief pursuant to chapter 11 of the Bankruptcy Code. The Debtor is operating its business and managing its property as a debtor-in-possession pursuant to Bankruptcy Code sections 1107(a) and 1108. No trustee or examiner has been requested in the Chapter 11 Case.

**Net Book Value of Assets**. It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of its assets. Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of December 31, 2018. Market values of these assets may vary, at some times materially, from the net book value of such assets. Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statement as they have no net book value.

**Personal Property – Leased**. In the ordinary course of business, the Debtor may lease furniture, fixtures, and office equipment from certain third-party lessors for use in the daily operation of its business. Nothing in the Schedules and Statement is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of its rights with respect to any such issue.

**Recharacterization**. Notwithstanding the Debtor's commercially reasonable best efforts to properly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtor may nevertheless have improperly characterized, classified, categorized, designated or omitted certain items. Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize,

2

redesignate, add or delete items reported in the Schedules and Statement at a later time as is necessary and appropriate, as additional information becomes available.

**Liabilities**. The Debtor allocated liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may change. Accordingly, the Debtor reserves all of its rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary and appropriate as it determines in its sole and absolute discretion.

The liabilities listed on the Schedules do not reflect any analysis of claims pursuant to Bankruptcy Code section 503(b)(9). Accordingly, the Debtor reserves all of its rights to dispute or challenge the validity of any asserted claims under Bankruptcy Code section 503(b)(9) or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

**Insiders**. For purposes of the Schedules and Statement, the Debtor defines "insiders" pursuant to section 101(31) of the Bankruptcy Code to include the following: (a) directors; (b) officers; (c) shareholders holding in excess of 5% of the voting shares of the Debtor (whether directly or indirectly); (d) relatives of directors, officers or shareholders of the Debtor (to the extent known by the Debtor); (e) persons in control; and (f) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only. The Debtor does not take any position with respect to: (a) such person's influence over the control of the Debtor; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

**Intellectual Property Rights**. The Debtor does not possess nor ever possessed any intellectual property rights.

**Classifications**. Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F as "priority," (c) Schedule E/F as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's right to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D and E/F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any claim reflected on the Schedules and Statement on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently

3

designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtor.

**Causes of Action**.    Despite reasonable efforts, the Debtor may not have identified and/or set forth all of its (filed or potential) causes of action against third parties as assets in its Schedules and Statement. The Debtor reserves all of its rights with respect to any causes of action against third parties and nothing in the Global Notes or the Schedules and Statement shall be deemed a waiver of any such causes of action which are expressly reserved.

**Resident Names and Addresses**.  In accordance with the *Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Patient Information* [Docket No. 42], resident names and addresses have been removed from entries listed on Schedules E/F and G.  Such redacted information is available upon request of the Debtor's bankruptcy counsel.

**Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

   a.    <u>Undetermined Amounts</u>.    The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

   b.    <u>Totals</u>.    All totals that are included in the Schedules and Statement represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

   c.    <u>Paid Claims</u>.    The Debtor has authority to pay certain outstanding prepetition payables pursuant to various Bankruptcy Court orders (the "<u>Prepetition Payment Orders</u>").  Accordingly, certain outstanding liabilities may have been reduced by post-petition payments made on account of prepetition liabilities.  In most instances, as applicable, the Debtor has omitted listing those prepetition liabilities which have been fully satisfied prior to the filing of the Schedules or reduced the remaining liability to reflect payments described herein. To the extent the Debtor pays any of the liabilities listed in the Schedules pursuant to the Prepetition Payment Orders, the Debtor reserves all of its rights to amend or supplement the Schedules or take other action as is necessary and appropriate to avoid over-payment of or duplicate payments for any such liabilities.

   d.    <u>Excluded Assets and Liabilities</u>.    The Debtor has excluded certain accrued liabilities, including accrued salaries and employee benefits and tax accruals from the

Schedules. Certain other immaterial assets and liabilities may also have been excluded.

e. <u>Liens</u>. Property, inventory and equipment listed in the Schedules may be presented without consideration of any liens that may attach (or have attached) to such property and equipment.

f. <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**<u>Setoffs</u>**. The Debtor incurs certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its residents and/or suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules. Notwithstanding the foregoing, the Debtor has not reviewed the validity of the aforementioned setoff rights and hereby reserves all rights to challenge such setoff rights.

**<u>Global Notes Control</u>**. In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

## <u>Specific Disclosures with Respect to the Debtor's Schedules</u>

**<u>Schedule A/B</u>**. The Debtor's real estate is reported at book value, net of accumulated depreciation. The Debtor may have listed certain assets as real property when such assets are in fact personal property, or the Debtor may have listed certain assets as personal property when such assets are in fact real property. The Debtor reserves all of its rights to recategorize and/or recharacterize such asset holdings to the extent the Debtor determines that such holdings were improperly listed.

Unless indicated otherwise, asset values described in Schedule A/B are representative of values reflected on the Debtor's December 31, 2018 balance sheet.

**<u>Schedule A/B, Part 1</u>**. Details with respect to the Debtor's cash management system and bank accounts are provided in the *Motion of the Debtor for Entry of Interim and Final Orders Authorizing (I) Continued Use of Existing Cash Management System, (II) Maintenance of Existing Bank Accounts, (III) Continued Use of Existing Business Forms, and (IV) an Extension of Time to Comply with 11 U.S.C. § 345(b) Deposit and Investment Requirements* [Docket No. 6].

**<u>Schedule A/B7</u>**. Pursuant to the *Motion of the Debtor for Entry of Interim and Final Orders (I) Prohibiting Utility Providers from Altering, Refusing or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures*

*for Determining Requests for Additional Adequate Assurance* [Docket No. 11], the Bankruptcy Court has authorized the Debtor to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B7, which was prepared as of the Petition Date.

**Schedule A/B11**. The Debtor has disclosed the net book value with respect to accounts receivable listed on Schedule A/B11, which represents the amount of the accounts receivable netted by any "doubtful accounts." For purposes of Schedule A/B11, "doubtful accounts" are those accounts that the Debtor has identified as unlikely to be paid given the amount of time such accounts have been outstanding.

**Schedules A/B39-41 and A/B50**. For purposes of Schedules A/B39-41 and A/B47, the value of certain assets may be included in a fixed asset group or certain assets with a net book value of zero may not be set forth on Schedules A/B39-41 and A/B47.

**Schedule A/B73**. Additional information regarding the insurance policies listed on Schedule A/B73 is available in the *Motion of the Debtor for Entry of Interim and Final Orders (I) Authorizing the Debtor to (A) Maintain Existing Insurance Policies and Pay All Insurance Obligations Arising Thereunder and (B) Renew, Revise, Extend, Supplement, Change or Enter Into New Insurance Policies, and (II) Granting Certain Related Relief* [Docket No. 12].

**Schedule A/B75**. In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to causes of action, counterclaims, setoffs, refunds with its customers and suppliers or potential warranty claims against its suppliers. Any such rights which are unknown to the Debtor or not quantifiable as of the Petition Date are not listed on Schedule A/B75.

**Schedule D**. Except as otherwise agreed pursuant to a stipulation or as otherwise provided by an order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D. Moreover, although the Debtor has scheduled claims of various creditors as secured claims, the Debtor reserves all of its rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim. The descriptions provided in Schedule D are solely intended to be a summary – and not an admission – of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of liens. Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements. The Debtor reserves all of its rights to amend Schedule D to the extent that the Debtor determines that any claims associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe their claims are secured through setoff rights or inchoate statutory lien rights.

**Schedule E/F, Part 1**. The Bankruptcy Court has authorized the Debtor, in its discretion, to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code. For example, on February 4, 2019, the Bankruptcy Court entered the *Agreed Order Authorizing (I) the Debtor to Pay Certain Prepetition Salaries, Wages, and Compensation, (II) The Continuation of Employee Benefit Programs and (III) Directing Banks to Honor and Process Checks and Transfers Related to Such Employee Obligations Final Order* [Docket No. 45], authorizing the Debtor to pay or honor certain prepetition obligations with respect to employee wages, salaries and other compensation, reimbursable employee expenses and employee medical and similar benefits with a final hearing on the matter set for March 8, 2019. Additionally, on January 31, 2019, the Bankruptcy Court entered the *Interim Order (I) Authorizing, but not Directing, the Debtor to Pay Certain Prepetition Taxes and Related Relief* [Docket No. 46], authorizing the Debtor to pay or honor certain prepetition obligations owed to taxing authorities with a final hearing on the matter set for March 8, 2019. To the extent such claims have been paid or may be paid pursuant to further Bankruptcy Court order, they may not be included on Schedule E/F, Part 1.

**Schedule E/F, Part 2**. The Debtor has used its commercially best reasonable efforts to report all general unsecured claims against the Debtor on Schedule E/F, Part 2 based upon the Debtor's existing books and records as of the Petition Date. The claims of individual creditors for, among other things, products, goods or services are listed as either the lower of the amounts invoiced by such creditor or the amounts entered on the Debtor's books and records and may not reflect credits or allowances due from such creditors to the applicable Debtor. The Debtor reserves all of its rights with respect to any such credits and allowances including the right to assert objections and/or setoffs with respect to same. Schedule E/F, Part 2 does not include certain deferred charges, deferred liabilities, accruals or general reserves. Such amounts are, however, reflected on the Debtor's books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date. The Debtor has made every effort to include as a contingent, unliquidated or disputed the claim of any vendor not included on the Debtor's open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F, Part 2 does not reflect any unsecured deficiency claims that may be held by prepetition secured creditors.

To the extent they are known, Schedule E/F, Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or the assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F, Part 2 does not include potential rejection damage claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

The Debtor may owe patients refunds for services. The claim amount for such refunds is unliquidated and unknown at this time. Accordingly, the Debtor has not included such patient claims in Schedule E/F.

**Schedule G**. The Debtor's business is complex. Although the Debtor's existing books, records and financial systems have been relied upon to identify and schedule executory contracts and unexpired leases of the Debtor and diligent efforts have been made to ensure the accuracy of the Debtor's Schedule G, inadvertent errors, omissions or over-inclusion may have occurred. Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts.

Listing a contract or lease on Schedule G does not constitute an admission that such contract or lease is an executory contract or unexpired lease or that such contract or lease was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, leases or other agreements set forth on Schedule G and to amend or supplement Schedule G as necessary. Certain of the contracts and leases listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality or non-disclosure agreements may not be listed on Schedule G. The Debtor reserves all of its rights with respect to such agreements.

Certain of the contracts and leases listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatement, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract or unexpired lease, a single contract or lease or multiple, severable or separate contracts or leases.

The contracts, leases and other agreements listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatement, waivers, estoppel certificates, letters, memoranda and other documents, instruments and agreements that may not be listed therein despite the Debtor's use of reasonable efforts to identify such documents. In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the Debtor and such supplier or provider.

The Debtor reserves all of its rights, claims and causes of action with respect to the contracts and leases on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's claim.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of its business, such as subordination, non-disturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements and confidentiality agreements. Such documents may not be set forth on Schedule G. Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts or unexpired leases becomes available. Certain of the executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Executory contracts that are oral in nature have not been included on Schedule G.

Omission of a contract or lease from Schedule G does not constitute an admission that such omitted contract or lease is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or leases are not impaired by the omission.

The listing of any contract or lease on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or lease or an admission that such contract or lease is an executory contract or unexpired lease. The Debtor reserves all of its rights to dispute the effectiveness of any such contract or lease listed on Schedule G or to amend Schedule G at any time to remove any contract or lease.

<u>**Specific Disclosures with Respect to the Debtor's Statement**</u>

<u>**Statement 1**</u>.   The amounts listed in Statement 1 reflect the revenue for the fiscal years 2017, 2018 and the year to date portion of fiscal year 2019 of the Debtor as such amount is calculated in the Debtor's records.

<u>**Statement 3**</u>.   Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to insiders (see Statement 4) and bankruptcy professionals (see Statement 11). The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtor's cash management system.

<u>**Statement 10**</u>.   The Debtor occasionally incurs losses for a variety of reasons, including theft and property damage. The Debtor, however, may not have records of all such losses as to the extent such losses do not have a material impact on the Debtor's business or are not reported for insurance purposes.

<u>**Statement 27**</u>.   The Debtor has not conducted an inventory as of the Petition Date.

| Fill in this information to identify the case: |
| --- |
| **Debtor name:** Mayflower Communities, Inc. |
| **United States Bankruptcy Court for the:** Northern District of Texas |
| **Case number (if known):** 19-30283 |

☐ Check if this is an
amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

| **Part 1:** | **Summary of Assets** |
| --- | --- |

1. ***Schedule A/B: Assets–Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from Schedule A/B ...................................................

$30,072,800.00

    1b. **Total personal property:**
    Copy line 91A from Schedule A/B ...............................................

$11,344,379.73

    1c. **Total of all property:**
    Copy line 92 from Schedule A/B ...............................................

$41,417,179.73

| **Part 2:** | **Summary of Liabilities** |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D .................

$90,040,000.00

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F .........................................................

$0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F ...........................

+ $49,443,035.19

4. ***Total liabilities***
    Lines 2 + 3a + 3b ..................................................................................................................................

$139,483,035.19

**Fill in this information to identify the case:**

**Debtor name:** Mayflower Communities, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-30283

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| **Part 1:** | **Cash and cash equivalents** |
|---|---|

**1.    Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

**2.    Cash on hand**

| 2.1.    PETTY CASH | $0.00 |
|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| 3.1.    BANK OF AMERICA | OPERATING ACCOUNT | 5074 | $4,395,451.00 |
| 3.2.    BANK OF AMERICA | ADEQUATE ASSURANCE | 7484 | $0.00 |
| 3.3.    BANK OF AMERICA | ESCROW ACCOUNT | 931.1 | $25,194.00 |
| 3.4.    OLD NATIONAL BANK | RESIDENT TRUST FUND | 6732 | $270.00 |
| 3.5.    UMB | REVENUE RESERVE | 945.1 | $1.00 |
| 3.6.    UMB | INTEREST RESERVE | 945.2 | $0.00 |
| 3.7.    UMB | SINKING FUND RESERVE | 945.3 | $0.00 |
| 3.8.    UMB | DEBT SERVICE RESERVE | 945.4 | $2,914,535.06 |
| 3.9.    UMB | REBATE RESERVE | 945.5 | $0.00 |
| 3.10.    UMB | LIQUID SUPPORT RESERVE | 945.6 | $0.00 |
| 3.11.    UMB | SPEC PROJECT RESERVE | 945.7 | $257,584.66 |
| 3.12.    UMB | SUPPLE LIQUIDITY RESERVE | 945.8 | $144,860.34 |
| 3.13.    UMB | OPERATING RESERVE | 945.9 | $0.00 |

Debtor  **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.14. | UMB | WORKING CAPITAL RESERVE | 45.10 | $0.00 |
| 3.15. | UMB | OPTIONAL REDEMPTION | 45.11 | $63.56 |

**4.**    **Other cash equivalents** *(Identify all)*

| | Description | Name of institution | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|---|
| 4.1. | _____ | _____ | _____ | _____ | $_____ |

**5.**    **Total of part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$7,737,959.62

---

**Part 2:**    **Deposits and prepayments**

**6.**    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below

**7.**    **Deposits, including security deposits and utility deposits**

| Description, including name of holder of deposit | Current value of debtor's interest |
|---|---|
| 7.1.   DUKE ENERGY - UTILITIES | $23,440.00 |

**8.**    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description, including name of holder of prepayment | Current value of debtor's interest |
|---|---|
| 8.1.   PREPAID EXPENSE - OTHER<br>ABILITY NETWORK - WATCH LEGACY BUNDLE | $696.06 |
| 8.2.   PREPAID EXPENSE - OTHER<br>ABILITY NETWORK (PBJ) | $10,215.14 |
| 8.3.   PREPAID EXPENSE - OTHER<br>ABILITY NETWORK NPI FEES | $1,296.88 |
| 8.4.   PREPAID EXPENSE - OTHER<br>BLUE ORANGE COMPLIANCE | $3,145.49 |
| 8.5.   PREPAID EXPENSE - OTHER CENTRE<br>TECHNOLOGIES (01-540006) | $205.50 |
| 8.6.   PREPAID EXPENSE - OTHER<br>COMPUTER R&M | $2,006.67 |
| 8.7.   PREPAID EXPENSE - OTHER<br>DUDE SOLUTIONS (WORX HUB) | $3,644.86 |

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment | Current value of debtor's interest
---|---

| | | |
|---|---|---|
| 8.8. | PREPAID EXPENSE - OTHER | $802.61 |
| | KNOWBE4 INC ANTIVIRUS SOFTWARE | |
| 8.9. | PREPAID EXPENSE - OTHER | $3,631.70 |
| | MASTERPIECE LIVING | |
| 8.10. | PREPAID EXPENSE - OTHER | $2,444.83 |
| | MOTION PICTURE LICENSING CORP | |
| 8.11. | PREPAID - INSURANCE | $3,690.14 |
| | NAS INSURANCE AGENCY | |
| 8.12. | PREPAID EXPENSE - OTHER | $140.44 |
| | NATIONAL INVESTMENT CENTER | |
| 8.13. | PREPAID EXPENSE - OTHER | $1,501.03 |
| | ONSHIFT | |
| 8.14. | PREPAID - INSURANCE | $3,106.40 |
| | PHILADELPHIA INSURANCE | |
| 8.15. | PREPAID - INSURANCE | $289.77 |
| | PHILADELPHIA INSURANCE | |
| 8.16. | PREPAID EXPENSE - OTHER | $8,446.36 |
| | RELIAS LEARNING LLC | |
| 8.17. | PREPAID - INSURANCE | $18,861.19 |
| | SENIOR QUALITY LIFESTYLES CORPORATION UHC | |
| 8.18. | PREPAID - INSURANCE | $137,103.97 |
| | SQLC D&O POLICY | |
| 8.19. | PREPAID - INSURANCE | $18,861.19 |
| | SQLC WORKERS COMPENSATION - INSTALLMENT 1 | |
| 8.20. | PREPAID - INSURANCE | $20,166.00 |
| | SQLC, D&O TAIL POLICY | |
| 8.21. | PREPAID - INSURANCE | $497.59 |
| | WILLIS OF ILLINOIS FIDUCIARY & CRIME INSURANCE | |
| 8.22. | PREPAID - INSURANCE | $2,594.16 |
| | WILLIS OF ILLINOIS PERSONAL PROPERTY | |

**9.** **Total of part 2**

Add lines 7 through 8. Copy the total to line 81. | $243,347.98

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| Part 3: | Accounts receivable |
|---------|---------------------|

**10.   Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

<table>
<tr><td colspan="4"></td><td><strong>Current value of debtor's interest</strong></td></tr>
<tr><td colspan="5"><strong>11.    Accounts receivable</strong></td></tr>
<tr><td></td><td>Face amount</td><td>Doubtful or uncollectible accounts</td><td></td><td></td></tr>
<tr><td>11a.    90 days old or less:</td><td>$102,111.00</td><td>- ($3,183.00)</td><td>= ........ →</td><td>$98,928.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$104,028.00</td><td>- $0.00</td><td>= ........ →</td><td>$104,028.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$20,431.00</td><td>- $0.00</td><td>= ........ →</td><td>$20,431.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$43,463.00</td><td>- $0.00</td><td>= ........ →</td><td>$43,463.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$4,243.00</td><td>- $0.00</td><td>= ........ →</td><td>$4,243.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$28,340.00</td><td>- ($671.00)</td><td>= ........ →</td><td>$27,669.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$1,488,054.00</td><td>- $0.00</td><td>= ........ →</td><td>$1,488,054.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$279,454.00</td><td>- $0.00</td><td>= ........ →</td><td>$279,454.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>($8,015.00)</td><td>- $0.00</td><td>= ........ →</td><td>($8,015.00)</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$8.00</td><td>- $0.00</td><td>= ........ →</td><td>$8.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$33,457.00</td><td>- $0.00</td><td>= ........ →</td><td>$33,457.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$4,935.00</td><td>- $0.00</td><td>= ........ →</td><td>$4,935.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$3,775.00</td><td>- $0.00</td><td>= ........ →</td><td>$3,775.00</td></tr>
<tr><td>11a.    90 days old or less:</td><td>$3,979.00</td><td>- $0.00</td><td>= ........ →</td><td>$3,979.00</td></tr>
</table>

**12.   Total of part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $2,104,409.00 |
|---------------|

**Part 4:** **Investments**

**13.** **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14.** **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock

| | | |
|---|---|---|
| 14.1. _____ | _____ | $_____ |

**15.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity                                    % of ownership

| | | |
|---|---|---|
| 15.1. _____ | _____% | $_____ |

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe

| | | |
|---|---|---|
| 16.1. _____ | _____ | $_____ |

**17.** **Total of part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| $0.00 |

**Part 5:** **Inventory, excluding agriculture assets**

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19.** **Raw materials**

| | | | | |
|---|---|---|---|---|
| 19.1. _____ | _____ | $_____ | _____ | $_____ |

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

**20.**   **Work in progress**

20.1.   _____  _____  $_____  _____  $_____

**21.**   **Finished goods, including goods held for resale**

21.1.   _____  _____  $_____  _____  $_____

**22.**   **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 22.1. FOOD, BEVERAGE, & PANTRY ITEMS | NONE | $19,245.00 | LOWER COST OF MARKET | $19,245.00 |

**23.**   **Total of part 5**

Add lines 19 through 22. Copy the total to line 84.

$19,245.00

**24.**   **Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes Book value: $19,245.00 Valuation method: LOWER COST OF MARKET Current value: $19,245.00

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27.**   **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| 28.1. _____ | $_____ | _____ | $_____ |
| **29.** **Farm animals.** Examples: Livestock, poultry, farm-raised fish | | | |
| 29.1. _____ | $_____ | _____ | $_____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1. _____ | $_____ | _____ | $_____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1. _____ | $_____ | _____ | $_____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1. _____ | $_____ | _____ | $_____ |

**33.**   **Total of part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

---

Debtor **Mayflower Communities, Inc.**      Case number *(if known)* **19-30283**

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes Book value: $_____ Valuation method: _____ Current value: $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.** **Office furniture** | | | |
| 39.1. OFFICE FURNITURE, FIXTURES & EQUIPMENT | $1,235,274.00 | Net Book Value | $1,235,274.00 |
| **40.** **Office fixtures** | | | |
| 40.1. _____ | $_____ | _____ | $_____ |

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 41.1. _____ | $_____ | _____ | $_____ |

42. **Collectibles.** Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. _____ | $_____ | _____ | $_____ |

43. **Total of part 7**

Add lines 39 through 42. Copy the total to line 86.

| $1,235,274.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest **(Where available)**<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. 2015 TOYOTA SIENNA XLE, 2014 HONDA ODYSSEY. 2014 BUICK LACROSSE | $4,144.00 | Net Book Value | $4,144.00 |
| **48.** **Watercraft, trailers, motors, and related accessories.** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1. | $ | | $ |
| **49.** **Aircraft and accessories** | | | |
| 49.1. | $ | | $ |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1. | $ | | $ |

51. **Total of part 8**

Add lines 47 through 50. Copy the total to line 87.

$4,144.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No
☐ Yes

**Part 9:** Real property

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

Debtor  **Mayflower Communities, Inc.**                                   Case number *(if known)* **19-30283**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**55.**  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | | | | |
|---|---|---|---|---|
| 55.1.[1] _____<br><br>LAND, BUILDING AND LAND & BUILDING IMPROVEMENTS<br><br>_____<br>1335 S GUILFORD RD<br>CARMEL IN 46032 | OWNED | $75,294,740.00 | Property Tax Assessment | $30,072,800.00 |

[1]CURRENT VALUE AS OF MARCH 25, 2017

**56.**  **Total of part 9**

Add the current value on lines 55. Copy the total to line 88.                                   $30,072,800.00

**57.**  **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58.**  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No
☑ Yes

**Part 10:**  **Intangibles and intellectual property**

**59.**  **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1. _____ | $_____ | _____ | $_____ |
| **61.**  **Internet domain names and websites** | | | |
| | Net book value of debtor's interest | Valuation method | Current value of debtor's interest |
| 61.1. _____ | $_____ | _____ | $_____ |
| **62.**  **Licenses, franchises, and royalties** | | | |
| 62.1. SKILLED NURSING FACILITY | $_____ | _____ | $_____ |
| **63.**  **Customer lists, mailing lists, or other compilations** | | | |
| 63.1. _____ | $_____ | _____ | $_____ |
| **64.**  **Other intangibles, or intellectual property** | | | |
| 64.1. _____ | $_____ | _____ | $_____ |

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

**65.** **Goodwill**

65.1. _____  $ _____  _____  $ _____

**66.** **Total of part 10**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 11:** **All other assets**

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**

| Description (include name of obligor) | Total face amount | Doubtful or uncollectible amount | | Current value of debtor's interest |
|---|---|---|---|---|
| 71.1. _____ | $ _____ - | $ _____ | = ........ → | $ _____ |
| _____ | | | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**

| Description (for example, federal, state, local) | Tax refund amount | NOL amount | Tax year | Current value of debtor's interest |
|---|---|---|---|---|
| 72.1. _____ | $ _____ | $ _____ | _____ | $ _____ |

**73.** **Interests in insurance policies or annuities**

| Insurance company | Insurance policy No. | Annuity issuer name | Annuity account type | Annuity account No. | Current value of debtor's interest |
|---|---|---|---|---|---|
| 73.1. JLT SPECIALTY INSURANCE SERVICES INC. | ELU159110-18 | _____ | _____ | _____ | UNDETERMINED |
| 73.2. CARING COMMUNITIES, A RECIPROCAL RISK RETENTION GROUP | CCRRRG-0038-19 | _____ | _____ | _____ | UNDETERMINED |
| 73.3. NAS INSURANCE COMPANY | 509222 | _____ | _____ | _____ | UNDETERMINED |
| 73.4. ATLANTIC SPECIALTY INSURANCE COMPANY | MML-11643-19 | _____ | _____ | _____ | UNDETERMINED |

Debtor **Mayflower Communities, Inc.**                                   Case number *(if known)* **19-30283**

| 73.5. | ZURICH AMERICAN INSURANCE COMPANY | ERP9486500-07 | | | | UNDETERMINED |
|---|---|---|---|---|---|---|
| 73.6. | PHILADELPHIA INDEMNITY INSURANCE COMPANY | PHPK1831075 | | | | UNDETERMINED |
| 73.7. | ACCIDENT FUND INSURANCE COMPANY OF AMERICA | 140-0011172 | | | | UNDETERMINED |
| 73.8. | INDIAN HARBOR INSURANCE COMPANY | ELL015040300 | | | | UNDETERMINED |
| 73.9. | XL SPECIALTY INSURANCE COMPANY | ELU159229-18 | | | | UNDETERMINED |

**74.**   **Causes of action against third parties (whether or not a lawsuit has been filed)**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 74.1. | | $ | $ |

**75.**   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

| | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| 75.1. | | $ | $ |

**76.**   **Trusts, equitable or future interests in property**

| | | |
|---|---|---|
| 76.1. | | $ |

**77.**   **Other property of any kind not already listed**

Examples: Season tickets, country club membership

| | | |
|---|---|---|
| 77.1. | | $ |

**78.**   **Total of part 11**

Add lines 71 through 77. Copy the total to line 90.

| UNDETERMINED |
|---|

**79.**   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

---

| **Part 12:** | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $7,737,959.62 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $243,348.11 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,104,409.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $19,245.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,235,274.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $4,144.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................................ → | | $30,072,800.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.*                                    + | UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column. ..........91a. | $11,344,379.73 | + 91b. $30,072,800.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ....................................................... $41,417,179.73

---

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

**Debtor name:** Mayflower Communities, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-30283

☐ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.   **Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| 2.1.   **Creditor's name and address**<br><br>BLACKROCK<br>55 EAST 52ND STREET<br>NEW YORK NY 10055<br><br>**Creditor's email address, if known**<br><br>_____<br><br>**Date debt was incurred:** 5/6/2013<br><br>**Last 4 digits of account number:** 8AA5<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Have you already specified the relative priority?<br>    ☐ No. Specify each creditor, including this creditor, and its relative priority.<br>    _____<br>    _____<br>    ☐ Yes. The relative priority of creditors is specified on lines: _____ | **Describe debtor's property that is subject to a lien**<br><br>LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032<br><br>**Describe the lien**<br><br>REPAYMENT OF MUNICIPAL BONDS<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000,000.00 | UNDETERMINED |

Debtor **Mayflower Communities, Inc.**                                                                    Case number *(if known)* **19-30283**

| 2.2. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

CLEARWATER MANAGEMENT
30 EAST SEVENTH STREET
# 2000
ST. PAUL MN 55101

**Creditor's email address, if known**

_____

**Date debt was incurred:** 7/30/2015

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032   $2,000,000.00   UNDETERMINED

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.3. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

FEDERATED
1001 LIBERTY AVENUE
# 2100
PITTSBURGH PA 15222

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2013

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032   $2,250,000.00   UNDETERMINED

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.4. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

INVESCO/VAN KAMPEN
1555 PEACHTREE ST. NW
# 1800
ATLANTA GA 30309

LAND AND BUILDINGS LOCATED AT 1335 S $27,185,000.00  UNDETERMINED
GUILFORD RD,CARMEL, IN 46032

**Creditor's email address, if known**

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 5/6/2013

☑ No

**Last 4 digits of account number:** 8AA5

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

  _____
  _____

☐ Contingent

  ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

| | | |
|---|---|---|
| 2.5. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

MFS
111 HUNTINGTON AVENUE
BOSTON MA 02116

LAND AND BUILDINGS LOCATED AT 1335 S $3,000,000.00  UNDETERMINED
GUILFORD RD,CARMEL, IN 46032

**Creditor's email address, if known**

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

_____

**Is the creditor an insider or related party?**

**Date debt was incurred:** 5/6/2013

☑ No

**Last 4 digits of account number:** 8AA5

☐ Yes

**Do multiple creditors have an interest in the same property?**

**Is anyone else liable on this claim?**

☑ No

☑ No

☐ Yes. Have you already specified the relative priority?

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:** Check all that apply.

  _____
  _____

☐ Contingent

  ☐ Yes. The relative priority of creditors is specified on lines: _____

☐ Unliquidated

☐ Disputed

Debtor  **Mayflower Communities, Inc.**                          Case number *(if known)* **19-30283**

| 2.6. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

PIONEER FUNDS
60 STATE STREET
BOSTON MA 02109

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2013

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032    $8,750,000.00    UNDETERMINED

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| 2.7. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** | | |
|---|---|---|---|---|

ROCHDALE
59 MAIDEN LN
FL. 6
NEW YORK NY 10038

**Creditor's email address, if known**

_____

**Date debt was incurred:** 1/28/2015

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032    $4,650,000.00    UNDETERMINED

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☒ No

☐ Yes

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor   **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

**2.8.**   **Creditor's name and address**

SIT INVESTMENTS
80 SOUTH EIGHTH STREET
MINNEAPOLIS MN 55402

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2013

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LAND AND BUILDINGS LOCATED AT 1335 S   $600,000.00      UNDETERMINED
GUILFORD RD,CARMEL, IN 46032

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

---

**2.9.**   **Creditor's name and address**

TIAA CREF
730 THIRD AVENUE
NEW YORK NY 10164

**Creditor's email address, if known**

_____

**Date debt was incurred:** 11/29/2016

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   _____

   _____

   ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LAND AND BUILDINGS LOCATED AT 1335 S   $12,500,000.00      UNDETERMINED
GUILFORD RD,CARMEL, IN 46032

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

| | |
|---|---|
| **2.10.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

VAN ECK
666 3RD AVENUE
NEW YORK NY 10017

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2013

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032    $3,555,000.00    UNDETERMINED

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **2.11.** **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |

WADDELL & REED/IVY MANAGEMENT
6300 LAMAR AVENUE
OVERLAND KS 66202

**Creditor's email address, if known**

_____

**Date debt was incurred:** 5/6/2013

**Last 4 digits of account number:** 8AA5

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines: _____

**Describe debtor's property that is subject to a lien**

LAND AND BUILDINGS LOCATED AT 1335 S GUILFORD RD,CARMEL, IN 46032    $17,325,000.00    UNDETERMINED

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Debtor **Mayflower Communities, Inc.**                                          Case number *(if known)* **19-30283**

| 2.12. | **Creditor's name and address** | **Describe debtor's property that is subject to a lien** |
|---|---|---|

ZIEGLER RETAIL
ONE NORTH WACKER DRIVE
SUITE 2000
CHICAGO IL 60606

LAND AND BUILDINGS LOCATED AT 1335 S   $3,225,000.00      UNDETERMINED
GUILFORD RD,CARMEL, IN 46032

**Creditor's email address, if known**

_____

**Describe the lien**

REPAYMENT OF MUNICIPAL BONDS

**Is the creditor an insider or related party?**

☑ No

**Date debt was incurred:** 5/6/2013

☐ Yes

**Last 4 digits of account number:** 8AA5

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☑ No

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☐ Yes. Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Contingent

    _____

☐ Unliquidated

    _____

☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines: _____

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$90,040,000.00** |
|---|---|---|

**Fill in this information to identify the case:**

**Debtor name:** Mayflower Communities, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-30283

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G) .Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☒ No. Go to Part 2.

   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| 2.1. | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim | Priority amount |
|---|---|---|---|---|
| | _____ _____ _____ _____ | ☐ Contingent ☐ Unliquidated ☐ Disputed | $_____ | $_____ |
| | | | | **Nonpriority amount** $_____ |
| | **Date or dates debt was incurred** _____ | **Basis for the claim:** _____ | | |
| | **Last 4 digits of account number:** __ __ __ __ | **Is the claim subject to offset?** ☐ No ☐ Yes | | |
| | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | | | |

Debtor    **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.**    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AADCO, INC.<br>PO BOX 401<br>BEECH GROVE IN 46107-0401 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $550.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.2. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ACCUSHIELD, LLC<br>2030 POWERS FERRY RD<br>#360<br>ATLANTA GA 30339 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $229.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.3. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | ALSCO<br>175 SOUTH WEST TEMPLE<br>SUITE 510<br>SALT LAKE CITY UT 84101 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,661.40 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

Debtor   **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.4. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AT HOME HEALTH EQUIPMENT LLC<br>4309 W 96TH ST<br>INDIANAPOLIS IN 46268 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $660.00 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | AT&T MOBILITY<br>1025 LENOX PK BLVD<br>ATLANTA GA 30319 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $607.75 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | BUREAU OF MOTOR VEHICLES<br>PO BOX 100<br>WINCHESTER IN 47394 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $227.70 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor   **Mayflower Communities, Inc.**                                          Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 3.7. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CALDERON TEXTILES LLC PO BOX 1627 INDIANAPOLIS IN 46206-1627 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $353.01 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | COMMUNITY HEALTH NETWORK 6233 RELIABLE PKWY CHICAGO IL 60686 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $1,997.74 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | CREATION GARDENS WHAT CHEFS WANT 2055 NELSON MILLER PKWY LOUISVILLE TX 40223 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $4,198.76 |
| | **Date or dates debt was incurred** VARIOUS | **Basis for the claim:** PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor **Mayflower Communities, Inc.**    Case number *(if known)* **19-30283**

| 3.10. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

CUMMINS NUTRITION & WELLNESS
3010 LAKE VIEW BLVD
EVANSVILLE IN 47720

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,145.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.11. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

E. SAMS JONES DISTRIBUTOR, INC
PO BOX 536794
ATLANTA GA 30353-6794

☐ Contingent
☐ Unliquidated
☐ Disputed

$419.66

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.12. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

EDWARD DON & COMPANY
2562 PAYSPHERE CIR
CHICAGO IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

$326.62

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.13. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.13.   **Nonpriority creditor's name and mailing address**

EMPIRE TODAY,LLC
333 NORTHWEST AVE
NORTHLAKE IL 60164

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$2,318.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.14.   **Nonpriority creditor's name and mailing address**

ENGLEDOW GROUP
1100 EAST 116TH STREET
CARMEL IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$9,352.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.15.   **Nonpriority creditor's name and mailing address**

FACILICOM
PO BOX 38224
DALLAS TX 75238

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$150.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.16. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FARMER BROTHERS COFFEE
PO BOX 732855
DALLAS TX 75373-2855

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$3,247.42

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.17. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

FRY TECH
PO BOX 36574
INDIANAPOLIS IN 46236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$109.78

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.18. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GAYLOR ELECTRIC
5750 CASTLE CREEK PKWY N DR
STE 400
INDIANAPOLIS IN 46250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,085.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                                  Case number *(if known)* **19-30283**

| 3.19. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GESI
GESI HOSPITALITY
18-22 42 ND STREET
ASTORIA NY 11105

☐ Contingent
☐ Unliquidated
☐ Disputed

$199.56

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.20. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GLYNN DEVINS
8880 WARD PARKWAY
SUITE 400
KANSAS CITY MO 64114

☐ Contingent
☐ Unliquidated
☐ Disputed

$17,018.70

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.21. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

GONNELLA BAKING CO.
PO BOX 71499
CHICAGO IL 60694-1499

☐ Contingent
☐ Unliquidated
☐ Disputed

$357.81

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                        Case number *(if known)* **19-30283**

| 3.22. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | GORDON FOOD SERVICE, INC. PO BOX 88029 CHICAGO IL 60680-1029 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $2,293.20 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.23. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | HOBART SERVICE 1445 D BROOKVILLE WAY INDIANAPOLIS IN 46239 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $232.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.24. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | IN.GOV INDIANA GOVERNMENT CENTER NORTH ROOM 402 100 NORTH SENATE AVENUE INDIANAPOLIS IN 46204 | ☐ Contingent ☐ Unliquidated ☐ Disputed | $133.00 |

**Date or dates debt was incurred**
VARIOUS

**Basis for the claim:**
PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

| 3.25. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INCENTIVE BRANDS<br>610 COIT RD STE 100<br>PLANO TX 75075 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,116.63 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.26. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INDIANA UNIVERSITY HEALTH<br>350 W. 11TH STREET<br>INDIANAPOLIS IN 46202 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,204.87 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.27. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | INDY STEPSAVER, INC.<br>PO BOX 575<br>PLAINFIELD IN 46168 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $380.75 |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>PURCHASE OR SERVICE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

| 3.28. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

INTEGRITY ONE TECHNOLOGIES, IN
PO BOX 1627
INDIANAPOLIS IN 46206

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,088.45

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.29. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JAMES HULL
ADDRESS NOT AVAILABLE

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.30. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

JEANNE HENRY
7131 GWINNETT PL
NOBLESVILLE IN 46062

☐ Contingent
☐ Unliquidated
☐ Disputed

$24.13

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| 3.31. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LAWRENCE BAKING COMPANY<br>8143 PENDLETON PIKE<br>INDIANAPOLIS IN 46226-4014 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,339.20 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.32. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LEE SUPPLY CORP.<br>PO BOX 681430<br>INDIANAPOLIS IN 46268-7430 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,657.00 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.33. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | LEGEND SERVICES INC<br>115 TWINBRIDGE DR UNIT C<br>PENNSAUKEN NJ 08110 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $224.99 |

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                                          Case number *(if known)* **19-30283**

| 3.34. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MANWEB SERVICES DBA FREIJE-RSC
FIRST MECHANTS BANK
PO BOX 7048 GROUP #15
INDIANAPOLIS IN 46207-7048

☐ Contingent
☐ Unliquidated
☐ Disputed

$29,270.40

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.35. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MASTERPIECE LIVING, LLC
9000 BURMA RD
STE 106
PALM BEACH GARDENS FL 33403-1606

☐ Contingent
☐ Unliquidated
☐ Disputed

$4,458.61

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.36. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

MCKESSON MEDICAL
PO BOX 630693
CINCINNATI OH 45263-0693

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,281.29

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.37.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

MEDLINE INDUSTRIES, INC.
DEPT CH 14400
PALATINE IL 60055-4400

$2,282.32

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.38.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

MOBILE SHARP SHOP
6312 E 98TH ST
FISHERS IN 46038

$62.25

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.39.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

MOBILEX USA
PO BOX 17462
BALTIMORE MD 21297-0518

$322.42

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.40. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NANCY ZELLERS
10030 WYNHAM CT
FISHERS IN 46037

☐ Contingent
☐ Unliquidated
☐ Disputed

$175.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.41. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NETWORK SERVICES COMPANY
29060 NETWORK PL
CHICAGO IL 60673-1290

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,981.51

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.42. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

NEXTPOINT IT
1720 WILLOW CT
KOKOMO IN 46902

☐ Contingent
☐ Unliquidated
☐ Disputed

$5,335.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.43. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.43.    **Nonpriority creditor's name and mailing address**

OBERER'S FLOWERS
1448 TROY ST
DAYTON OH 45404

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$19.95

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.44.    **Nonpriority creditor's name and mailing address**

OFFICE DEPOT
PO BOX 633301
CINCINNATI OH 45263-3301

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,467.49

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.45.    **Nonpriority creditor's name and mailing address**

ONSHIFT, INC.
75 REMITTANCE DR
STE 6500
CHICAGO IL 60675-6500

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$836.83

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                            Case number *(if known)* **19-30283**

| 3.46. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

3.46.  **Nonpriority creditor's name and mailing address**

PIKE MEDICAL CONSULTANTS, P.C.
7911 N MICHIGAN RD
INDIANAPOLIS IN 46268

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$2,500.00

---

3.47.  **Nonpriority creditor's name and mailing address**

PIP INDIANA
11711 N PENNSYLVANIA ST 107
CARMEL IN 46032

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$69.84

---

3.48.  **Nonpriority creditor's name and mailing address**

PITNEY BOWES GLOBAL FINANCIAL
500 ROSS ST STE 154047
BOX 371887
PITTSBURGH PA 15262-0001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$345.00

---

Debtor **Mayflower Communities, Inc.**                                                                Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.49.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Amount of claim**

PLUMBMASTER INC.
PO BOX 117187
ATLANTA GA 30368-7187

☐ Contingent

☐ Unliquidated

☐ Disputed

$934.67

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.50.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

PURCHASE POWER
PO BOX 371874
PITTSBURGH PA 15250-7874

☐ Contingent

☐ Unliquidated

☐ Disputed

$334.45

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

**3.51.** **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**Amount of claim**

R.L. SCHREIBER, INC.
LESTER TURCHIN CREDITOR MANAGER
2745 W CYPRESS CREEK ROAD SUITE B
FORT LAUDERDALE FL 33309

☐ Contingent

☐ Unliquidated

☐ Disputed

$703.32

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

Debtor  **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

---

| 3.52. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RELIABLE PARTS INC
28894 NETWORK PL
CHICAGO IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

$295.17

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.53. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RENTOKIL STERITECH
12100 CROWNPOINT DRIVE
SUITE 115
SAN ANTONIO TX 78233

☐ Contingent
☐ Unliquidated
☐ Disputed

$349.46

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.54. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT # 135
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$305,910.00

**Date or dates debt was incurred**

3/31/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| 3.55. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT # 764
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$350,541.90

**Date or dates debt was incurred**
4/23/2018

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.56. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT # 765
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$179,910.00

**Date or dates debt was incurred**
11/4/2013

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.57. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT # 767
Address Intentionally Omitted

☐ Contingent
☐ Unliquidated
☐ Disputed

$192,868.00

**Date or dates debt was incurred**
4/14/2014

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| 3.58. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #10
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$482,858.10

**Date or dates debt was incurred**

2/19/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.59. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #101
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$428,900.00

**Date or dates debt was incurred**

11/5/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.60. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #102
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$311,920.00

**Date or dates debt was incurred**

12/16/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                                    Case number *(if known)* **19-30283**

| 3.61. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #103
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$305,663.40

**Date or dates debt was incurred**

7/30/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.62. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #105
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$327,240.00

**Date or dates debt was incurred**

5/26/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.63. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #107 & #108
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$370,624.00

**Date or dates debt was incurred**

4/11/2017

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                     Case number *(if known)* **19-30283**

| 3.64. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #109
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$311,310.00

**Date or dates debt was incurred**

11/6/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.65. **Nonpriority creditor's name and mailing address**

RESIDENT #11
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$239,920.00

**Date or dates debt was incurred**

8/31/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.66. **Nonpriority creditor's name and mailing address**

RESIDENT #111
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$379,426.50

**Date or dates debt was incurred**

3/23/2017

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

| 3.67. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

**3.67.** Nonpriority creditor's name and mailing address

RESIDENT #112
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$149,950.00

**Date or dates debt was incurred**

11/4/2013

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.68.** Nonpriority creditor's name and mailing address

RESIDENT #116
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$359,910.00

**Date or dates debt was incurred**

11/11/2013

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.69.** Nonpriority creditor's name and mailing address

RESIDENT #117
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$311,310.00

**Date or dates debt was incurred**

11/14/2013

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.70.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.70.** | **Nonpriority creditor's name and mailing address**

RESIDENT #118
Address Intentionally Omitted

**Date or dates debt was incurred**

12/23/2016

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$377,321.40

---

**3.71.** | **Nonpriority creditor's name and mailing address**

RESIDENT #119 & #120
Address Intentionally Omitted

**Date or dates debt was incurred**

3/5/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$297,430.00

---

**3.72.** | **Nonpriority creditor's name and mailing address**

RESIDENT #12
Address Intentionally Omitted

**Date or dates debt was incurred**

5/31/2017

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

**Amount of claim**

$138,634.00

---

Debtor     **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

| 3.73. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.73.    **Nonpriority creditor's name and mailing address**

RESIDENT #121
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$267,321.60

**Date or dates debt was incurred**

2/16/2016

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.74.    **Nonpriority creditor's name and mailing address**

RESIDENT #122 & #123
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$309,956.00

**Date or dates debt was incurred**

10/15/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.75.    **Nonpriority creditor's name and mailing address**

RESIDENT #124
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$327,240.00

**Date or dates debt was incurred**

9/17/2016

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**　　　　　　　　　　　　　　　Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.76.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.76.**

**Nonpriority creditor's name and mailing address**

RESIDENT #125
Address Intentionally Omitted

**Date or dates debt was incurred**

8/24/2018

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$533,212.80

---

**3.77.**

**Nonpriority creditor's name and mailing address**

RESIDENT #127 & #128
Address Intentionally Omitted

**Date or dates debt was incurred**

3/7/2014

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$351,840.00

---

**3.78.**

**Nonpriority creditor's name and mailing address**

RESIDENT #129
Address Intentionally Omitted

**Date or dates debt was incurred**

10/19/2015

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$199,919.30

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| 3.79. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #130
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$114,950.00

**Date or dates debt was incurred**

3/21/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.80. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #131 & #132
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$394,559.20

**Date or dates debt was incurred**

12/18/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.81. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #133
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$342,536.40

**Date or dates debt was incurred**

8/21/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**        Case number *(if known)* **19-30283**

| 3.82. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #134
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

12/31/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

$279,200.00

---

| 3.83. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #136
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

2/27/2017

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

$337,059.00

---

| 3.84. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #138
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

1/3/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

$340,720.00

---

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| 3.85. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #14
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$349,930.00

**Date or dates debt was incurred**

3/31/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.86. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #140
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$399,920.00

**Date or dates debt was incurred**

5/6/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.87. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #141 & #142
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$535,840.00

**Date or dates debt was incurred**

11/19/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**    Case number *(if known)* **19-30283**

| 3.88. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|

RESIDENT #145
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$267,321.60

**Date or dates debt was incurred**
8/31/2016

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.89. **Nonpriority creditor's name and mailing address**

RESIDENT #146
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$244,242.00

**Date or dates debt was incurred**
12/31/2017

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.90. **Nonpriority creditor's name and mailing address**

RESIDENT #147 & #148
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$193,722.50

**Date or dates debt was incurred**
1/19/2015

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**
Case number *(if known)* **19-30283**

| 3.91. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #15
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$374,318.10

**Date or dates debt was incurred**

6/30/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.92. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #154
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$327,240.00

**Date or dates debt was incurred**

6/22/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.93. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #155
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$188,930.00

**Date or dates debt was incurred**

11/6/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.94. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

RESIDENT #157 & #158
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$279,200.00

**Date or dates debt was incurred**

7/11/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.95. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

RESIDENT #159
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$375,556.30

**Date or dates debt was incurred**

7/31/2016

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.96. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |
|---|---|---|---|

RESIDENT #16
Address Intentionally Omitted

*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

$308,720.00

**Date or dates debt was incurred**

2/24/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Mayflower Communities, Inc.**                                          Case number *(if known)* **19-30283**

| 3.97. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RESIDENT #165 | | $294,732.00 |
| | Address Intentionally Omitted | ☑ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 5/23/2014 | RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.98. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RESIDENT #166 & #167 | | $352,710.40 |
| | Address Intentionally Omitted | ☑ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 8/24/2015 | RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.99. | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount of claim |
|---|---|---|---|
| | RESIDENT #168 & #169 | | $306,880.00 |
| | Address Intentionally Omitted | ☑ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 1/24/2014 | RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor **Mayflower Communities, Inc.**     Case number *(if known)* **19-30283**

| 3.100. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #17
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$359,910.00

**Date or dates debt was incurred**

12/20/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.101. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #170
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$294,732.00

**Date or dates debt was incurred**

10/31/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.102. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #171
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$368,379.00

**Date or dates debt was incurred**

7/29/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 206E/F     **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

| 3.103. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #173
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

$372,273.30

**Date or dates debt was incurred**

10/31/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.104. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #174
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

$224,910.00

**Date or dates debt was incurred**

5/20/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

| 3.105. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #175
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

$199,430.00

**Date or dates debt was incurred**

8/19/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Official Form 206E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Mayflower Communities, Inc.**                      Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.106.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.106.**

**Nonpriority creditor's name and mailing address**
RESIDENT #176
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$174,930.00

**Date or dates debt was incurred**
11/7/2013

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107.**

**Nonpriority creditor's name and mailing address**
RESIDENT #177 & #178
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$459,768.00

**Date or dates debt was incurred**
6/29/2018

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108.**

**Nonpriority creditor's name and mailing address**
RESIDENT #179
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$251,910.00

**Date or dates debt was incurred**
3/25/2014

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                                    Case number *(if known)* **19-30283**

| 3.109. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #18
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$224,910.00

**Date or dates debt was incurred**

2/12/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.110. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #180
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$305,910.00

**Date or dates debt was incurred**

12/20/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.111. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #181 & # 763
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$319,920.00

**Date or dates debt was incurred**

5/22/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

| 3.112. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #182 & # 762
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$347,920.00

**Date or dates debt was incurred**

5/21/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.113. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #183
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$316,882.40

**Date or dates debt was incurred**

4/25/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.114. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #185
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$244,930.00

**Date or dates debt was incurred**

11/4/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.115. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.115.**

**Nonpriority creditor's name and mailing address**

RESIDENT #186
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$427,077.00

**Date or dates debt was incurred**

2/17/2017

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.116.**

**Nonpriority creditor's name and mailing address**

RESIDENT #19
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$220,271.80

**Date or dates debt was incurred**

10/14/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.117.**

**Nonpriority creditor's name and mailing address**

RESIDENT #190
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$270,130.00

**Date or dates debt was incurred**

12/5/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| 3.118. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #192
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$346,928.40

**Date or dates debt was incurred**

8/12/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.119. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #194 & #195
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$313,282.40

**Date or dates debt was incurred**

9/30/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.120. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #196 & #197
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$313,053.60

**Date or dates debt was incurred**

1/31/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.121.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.121.**

**Nonpriority creditor's name and mailing address**
RESIDENT #198 & #199
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$293,472.20

**Date or dates debt was incurred**
8/31/2016

**Last 4 digits of account number:**

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122.**

**Nonpriority creditor's name and mailing address**
RESIDENT #2
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$394,631.10

**Date or dates debt was incurred**
9/15/2015

**Last 4 digits of account number:**

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123.**

**Nonpriority creditor's name and mailing address**
RESIDENT #20 & #21
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**
$279,920.00

**Date or dates debt was incurred**
11/4/2013

**Last 4 digits of account number:**

**Basis for the claim:**
RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

---

| 3.124. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #200
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$459,430.20

**Date or dates debt was incurred**

11/14/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.125. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #201
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$250,481.26

**Date or dates debt was incurred**

5/8/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.126. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #204 & #205
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$414,967.20

**Date or dates debt was incurred**

3/13/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| 3.127. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | RESIDENT #206<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $434,889.00 |
| | **Date or dates debt was incurred**<br>10/3/2014 | **Basis for the claim:**<br>RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.128. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RESIDENT #208<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $294,732.90 |
| | **Date or dates debt was incurred**<br>9/25/2014 | **Basis for the claim:**<br>RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.129. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RESIDENT #210<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $242,910.00 |
| | **Date or dates debt was incurred**<br>2/24/2014 | **Basis for the claim:**<br>RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.130.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | | |
|---|---|---|
| | RESIDENT #211 & #211 Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$209,930.00

**Date or dates debt was incurred**

8/29/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.131.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RESIDENT #213
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$199,920.00

**Date or dates debt was incurred**

3/21/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.132.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

RESIDENT #217 & #218
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$383,920.00

**Date or dates debt was incurred**

5/16/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                 Case number *(if known)* **19-30283**

| 3.133. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | RESIDENT #22 & #23 | ☑ Contingent | $304,430.00 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 12/30/2013 | RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.134. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | RESIDENT #221 | ☑ Contingent | $233,974.30 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 10/18/2015 | RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

| 3.135. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | RESIDENT #222 | ☑ Contingent | $429,207.20 |
| | Address Intentionally Omitted | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:** | |
| | 6/30/2016 | RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** | |
| | | ☑ No | |
| | | ☐ Yes | |

Debtor **Mayflower Communities, Inc.**                                                    Case number *(if known)* **19-30283**

| 3.136. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #224
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$449,910.00

**Date or dates debt was incurred**

3/5/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.137. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #225
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$294,096.80

**Date or dates debt was incurred**

7/6/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.138. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #227 & #228
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$319,920.00

**Date or dates debt was incurred**

12/2/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor    **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.139. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.139.

**Nonpriority creditor's name and mailing address**

RESIDENT #230
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$351,874.80

**Date or dates debt was incurred**

9/29/2017

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.140.

**Nonpriority creditor's name and mailing address**

RESIDENT #232 & #233
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$417,093.60

**Date or dates debt was incurred**

1/26/2015

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

3.141.

**Nonpriority creditor's name and mailing address**

RESIDENT #235
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$267,321.60

**Date or dates debt was incurred**

5/13/2016

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**        Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 3.142. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESIDENT #236
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$294,732.00

**Date or dates debt was incurred**

3/25/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.143. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESIDENT #238
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$283,206.60

**Date or dates debt was incurred**

7/16/2018

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | | |
|---|---|---|---|
| 3.144. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESIDENT #24
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$377,020.00

**Date or dates debt was incurred**

10/27/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**      Case number *(if known)* **19-30283**

| 3.145. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #242
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$351,874.80

**Date or dates debt was incurred**

12/6/2017

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.146. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #244
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$275,339.70

**Date or dates debt was incurred**

8/15/2017

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.147. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #247
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$192,950.00

**Date or dates debt was incurred**

11/5/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| 3.148. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #25
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$129,950.00

**Date or dates debt was incurred**

3/12/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.149. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #26
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$316,384.20

**Date or dates debt was incurred**

4/6/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.150. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #28
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$446,085.90

**Date or dates debt was incurred**

4/27/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Official Form 206E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.151. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

3.151. **Nonpriority creditor's name and mailing address**

RESIDENT #3 & #4
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$279,920.00

**Date or dates debt was incurred**

5/19/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.152. **Nonpriority creditor's name and mailing address**

RESIDENT #30 & #31
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$270,130.00

**Date or dates debt was incurred**

11/25/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.153. **Nonpriority creditor's name and mailing address**

RESIDENT #33
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$327,920.00

**Date or dates debt was incurred**

11/18/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**      Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.154. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

**3.154.**   **Nonpriority creditor's name and mailing address**

RESIDENT #34
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$399,920.00

**Date or dates debt was incurred**

3/5/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.155.**   **Nonpriority creditor's name and mailing address**

RESIDENT #38
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$233,910.00

**Date or dates debt was incurred**

6/19/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.156.**   **Nonpriority creditor's name and mailing address**

RESIDENT #41
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$139,950.00

**Date or dates debt was incurred**

2/27/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.**　　　　　　　　　　　　　　Case number *(if known)* **19-30283**

| 3.157. | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

**3.157.** **Nonpriority creditor's name and mailing address**

RESIDENT #43 & #44
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$276,720.00

**Date or dates debt was incurred**

1/13/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.158.** **Nonpriority creditor's name and mailing address**

RESIDENT #47
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$242,130.00

**Date or dates debt was incurred**

12/16/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

**3.159.** **Nonpriority creditor's name and mailing address**

RESIDENT #48 & #49
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$375,068.00

**Date or dates debt was incurred**

1/30/2018

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**          Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.160.** | **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| | RESIDENT #51 | $359,910.00 |
| | Address Intentionally Omitted | |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

1/2/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.161.** | **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| | RESIDENT #53 | $275,339.70 |
| | Address Intentionally Omitted | |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

7/31/2017

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| | | |
|---|---|---|
| **3.162.** | **Nonpriority creditor's name and mailing address** | **Amount of claim** |
| | RESIDENT #55 & #56 | $319,920.00 |
| | Address Intentionally Omitted | |

As of the petition filing date, the claim is:
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

5/23/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**　　　　　　　　　　　　　Case number *(if known)* **19-30283**

| 3.163. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #57
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$139,930.00

**Date or dates debt was incurred**

11/19/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.164. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #58
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$218,209.50

**Date or dates debt was incurred**

6/26/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.165. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #59 & #60
Address Intentionally Omitted

☒ Contingent
☐ Unliquidated
☐ Disputed

$314,856.00

**Date or dates debt was incurred**

10/16/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.166. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

RESIDENT #6 & #7
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$308,720.00

**Date or dates debt was incurred**

8/5/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.167. **Nonpriority creditor's name and mailing address**

RESIDENT #67
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$374,317.20

**Date or dates debt was incurred**

4/27/2015

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

3.168. **Nonpriority creditor's name and mailing address**

RESIDENT #69 & #70
Address Intentionally Omitted

**As of the petition filing date, the claim is:**
*Check all that apply.*

☑ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$308,720.00

**Date or dates debt was incurred**

12/16/2013

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |

| 3.169. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
|---|---|---|---|
| | RESIDENT #71<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $263,920.00 |
| | **Date or dates debt was incurred**<br>1/22/2014 | **Basis for the claim:**<br>RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.170. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
| | RESIDENT #714 & # 761<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $399,920.00 |
| | **Date or dates debt was incurred**<br>12/20/2013 | **Basis for the claim:**<br>RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |
| 3.171. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | **Amount of claim** |
| | RESIDENT #715 & 716<br>Address Intentionally Omitted | ☑ Contingent<br>☐ Unliquidated<br>☐ Disputed | $308,168.80 |
| | **Date or dates debt was incurred**<br>11/5/2013 | **Basis for the claim:**<br>RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

| | |
|---|---|
| **3.172.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| RESIDENT #72 | *Check all that apply.* |
| Address Intentionally Omitted | ☑ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Amount of claim**

$327,240.00

**Date or dates debt was incurred**

10/22/2016

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **3.173.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| RESIDENT #723 & #759 | *Check all that apply.* |
| Address Intentionally Omitted | ☑ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Amount of claim**

$383,920.00

**Date or dates debt was incurred**

8/7/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

| | |
|---|---|
| **3.174.** **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** |
| RESIDENT #724 | *Check all that apply.* |
| Address Intentionally Omitted | ☑ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

**Amount of claim**

$374,318.10

**Date or dates debt was incurred**

4/15/2015

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                                          Case number *(if known)* **19-30283**

| 3.175. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #725
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

2/17/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$139,930.00

---

3.176. **Nonpriority creditor's name and mailing address**

RESIDENT #728 & #729
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

1/8/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$230,930.00

---

3.177. **Nonpriority creditor's name and mailing address**

RESIDENT #73
Address Intentionally Omitted

**As of the petition filing date, the claim is:** *Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

3/6/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$347,310.00

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| 3.178. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #731
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$348,700.50

**Date or dates debt was incurred**

5/21/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.179. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #74
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$399,920.00

**Date or dates debt was incurred**

3/31/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.180. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #75
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$383,085.60

**Date or dates debt was incurred**

10/31/2016

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Mayflower Communities, Inc.**                                  Case number *(if known)* **19-30283**

---

3.181. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESIDENT #758 & #759
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

$485,808.00

**Date or dates debt was incurred**

11/13/2017

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.182. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESIDENT #76
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

$260,938.30

**Date or dates debt was incurred**

4/18/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

---

3.183. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |

RESIDENT #760 & #126
Address Intentionally Omitted

☑ Contingent

☐ Unliquidated

☐ Disputed

$164,950.00

**Date or dates debt was incurred**

12/18/2013

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

---

Debtor **Mayflower Communities, Inc.**          Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 3.184. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RESIDENT #766 & #79 Address Intentionally Omitted | ☑ Contingent ☐ Unliquidated ☐ Disputed | $319,920.00 |
| | **Date or dates debt was incurred** 11/12/2013 | **Basis for the claim:** RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.185. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RESIDENT #77 Address Intentionally Omitted | ☑ Contingent ☐ Unliquidated ☐ Disputed | $346,689.90 |
| | **Date or dates debt was incurred** 9/21/2018 | **Basis for the claim:** RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.186. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
| | RESIDENT #78 Address Intentionally Omitted | ☑ Contingent ☐ Unliquidated ☐ Disputed | $224,910.00 |
| | **Date or dates debt was incurred** 11/8/2013 | **Basis for the claim:** RESIDENT ENTRANCE FEE LIABILITY | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?** ☑ No ☐ Yes | |

Debtor **Mayflower Communities, Inc.**      Case number *(if known)* **19-30283**

---

| 3.187. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #81
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$257,039.10

**Date or dates debt was incurred**

12/31/2015

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.188. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #83
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$346,689.90

**Date or dates debt was incurred**

11/30/2018

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.189. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #85
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$434,804.40

**Date or dates debt was incurred**

8/16/2018

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| 3.190. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #86
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$149,950.00

**Date or dates debt was incurred**

12/20/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.191. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #9
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$179,910.00

**Date or dates debt was incurred**

5/30/2014

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.192. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #91
Address Intentionally Omitted

☑ Contingent
☐ Unliquidated
☐ Disputed

$413,910.00

**Date or dates debt was incurred**

11/5/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor   **Mayflower Communities, Inc.**            Case number *(if known)* **19-30283**

| 3.193. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

| | RESIDENT #92 | *Check all that apply.* | |
| | Address Intentionally Omitted | ☒ Contingent | $494,242.20 |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

5/1/2018

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.194. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

| | RESIDENT #93 & #94 | *Check all that apply.* | |
| | Address Intentionally Omitted | ☒ Contingent | $209,930.00 |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

12/18/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.195. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **Amount of claim** |

| | RESIDENT #96 | *Check all that apply.* | |
| | Address Intentionally Omitted | ☒ Contingent | $242,910.00 |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |

**Date or dates debt was incurred**

11/8/2013

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 3.196. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RESIDENT #98 & #99
Address Intentionally Omitted

☒ Contingent

☐ Unliquidated

☐ Disputed

$328,572.00

**Date or dates debt was incurred**

6/30/2014

**Last 4 digits of account number:**

**Basis for the claim:**

RESIDENT ENTRANCE FEE LIABILITY

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.197. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

RUNYON
410 WEST CARMEL DR
CARMEL IN 46032

☐ Contingent

☐ Unliquidated

☐ Disputed

$480.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No

☐ Yes

| 3.198. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SENECA MEDICAL LLC
PO BOX 933006
CLEVELAND OH 44193

☐ Contingent

☐ Unliquidated

☐ Disputed

$315.73

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No

☐ Yes

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| 3.199. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SENIOR QUALITY LIFESTYLES CORPORATION (SQLC)
12720 HILLCREST ROAD
SUITE 106
DALLAS TX 75230

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,374,682.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

ACCRUED MANAGEMENT FEES

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.200. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SENIOR QUALITY LIFESTYLES CORPORATION (SQLC)
12720 HILLCREST ROAD
SUITE 106
DALLAS TX 75230

☐ Contingent
☐ Unliquidated
☐ Disputed

$2,279,051.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

LIQUIDITY SUPPORT AGREEMENT

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| 3.201. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SENIOR QUALITY LIFESTYLES CORPORATION (SQLC)
12720 HILLCREST ROAD
SUITE 106
DALLAS TX 75230

☐ Contingent
☐ Unliquidated
☐ Disputed

$246,764.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

SUBORDINATED NOTE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 3.202. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.202.**

**Nonpriority creditor's name and mailing address**

SENIORITY, INC.
15601 DALLAS PARKWAY
SUITE 200
ADDISON TX 75001

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

REIMBURSABLES

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$99,208.00

---

**3.203.**

**Nonpriority creditor's name and mailing address**

SHRED-IT USA
PO BOX 101007
PASADENA CA 91189-1007

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$146.28

---

**3.204.**

**Nonpriority creditor's name and mailing address**

SPECIALIZED MEDICAL SERVICES
7237 SOLUTIONS CTR
CHICAGO IL 60677-7002

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No

☐ Yes

**Amount of claim**

$2,357.60

Debtor **Mayflower Communities, Inc.**          Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **3.205.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

| | |
|---|---|
| ST. VINCENT<br>13500 NORTH MERIDIAN STREET<br>CARMEL IN 46032 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

**Amount of claim**

$2,000.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.206.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

STILL WATERS ADULT DAY CENTER
7160 SHADELAND STATION
INDIANAPOLIS IN 46256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$1,500.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| | | |
|---|---|---|
| **3.207.** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

SUSAN BOOTS
5103 TIMBER RIDGE TRACE
BROWNSBURG IN 46112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Amount of claim**

$125.00

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☒ No
☐ Yes

---

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| 3.208. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SW PROFESSIONAL CARE MGT., LLC
PO BOX 3425
CARMEL IN 46082

☐ Contingent
☐ Unliquidated
☐ Disputed

$90.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.209. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

SZWAST OLDER ADULT PSYCHIATRIC
PO BOX 70
FISHERS IN 46038-0070

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,000.00

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

| 3.210. | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Amount of claim** |
|---|---|---|---|

THE SHERWIN WILLIAMS CO.
831 S RANGE LINE RD
STE 1
CARMEL IN 46032-2539

☐ Contingent
☐ Unliquidated
☐ Disputed

$994.36

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☑ No
☐ Yes

Debtor    **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

| | |
|---|---|
| 3.211. | **Nonpriority creditor's name and mailing address** |

THOMPSON & KNIGHT LLP
1722 ROUTH ST
STE 1500
DALLAS TX 75201

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$1,008.50

---

3.212.    **Nonpriority creditor's name and mailing address**

UMB BANK, N.A.
120 SOUTH SIXTH ST
STE 1400
MINNEAPOLIS MN 55402

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$4,422.33

---

3.213.    **Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM IL 60197-4648

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

PURCHASE OR SERVICE LIABILITY

**Is the claim subject to offset?**

☑ No

☐ Yes

**Amount of claim**

$3,371.32

---

Debtor    **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

4.   List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM IL 60197 | Part 2 line 3.5 | _____ |
| JACKSON WALKER LLP<br>J SCOTT ROSE<br>112 E PECAN ST STE 2400<br>SAN ANTONIO TX 78205 | Part 2 line 3.212 | _____ |
| JACKSON WALKER LLP<br>KENNETH STOHNER JR;VIENNA F ANAYA<br>2323 ROSS AVE STE 600<br>DALLAS TX 75201 | Part 2 line 3.212 | _____ |
| MINTZ LEVIN COHN FERRIS ET AL<br>DANIEL S. BLECK<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | Part 2 line 3.212 | _____ |
| MINTZ LEVIN COHN FERRIS ET AL<br>CHARLES AZANO<br>ONE FINANCIAL CENTER<br>BOSTON MA 02111 | Part 2 line 3.212 | _____ |
| PIKE MEDICAL CONSULTANTS, P.C.<br>PO BOC 6069 DEPT 213<br>INDIANAPOLIS IN 46206-6069 | Part 2 line 3.46 | _____ |
| UMB BANK NA<br>TRUST FEES DEPT<br>PO BOX 414589<br>KANSAS CITY MO 64141-4589 | Part 2 line 3.212 | _____ |
| WASTE MANAGEMENT OF INDIANA<br>1519 FRANKLIN ST<br>SOUTH BEND IN 46613 | Part 2 line 3.213 | _____ |

Debtor   **Mayflower Communities, Inc.**                                      Case number *(if known)* **19-30283**

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.   **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| **5a.** | **Total claims from Part 1** | 5a. | $0.00 |
| **5b.** | **Total claims from Part 2** | 5b.  **+** | $49,443,035.19 |
| **5c.** | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $49,443,035.19 |

**Fill in this information to identify the case:**

**Debtor name:** Mayflower Communities, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-30283

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.1. | Title of contract | REFERRAL/COMMISSION AGREEMENT FOR INFORMATION SERVICES | A PLACE FOR MOM, INC. 701 FIFTH AVENUE SUITE 3200 SEATTLE WA 98104 |
| | State what the contract or lease is for | INFORMATION SERVICES AGREEMENT. | |
| | Nature of debtor's interest | _____ | |
| | State the term remaining | 9/8/2014 | |
| | List the contract number of any government contract | _____ | |
| 2.2. | Title of contract | REFERRAL/COMMISSION AGREEMENT FOR INFORMATION SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | INFORMATION SERVICES AGREEMENT. | A PLACE FOR MOM, INC. 701 FIFTH AVENUE SUITE 3200 SEATTLE WA 98104 |
| | Nature of debtor's interest | _____ | |
| | State the term remaining | 12/18/2018 | |
| | List the contract number of any government contract | _____ | |
| 2.3. | Title of contract | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | A SERVICE AGREEMENT. | ABILITY NETWORK INC. 100 NORTH 6TH ST. SUITE 900A MINNEAPOLIS MN 55403 |
| | Nature of debtor's interest | _____ | |
| | State the term remaining | 5/17/2016 | |
| | List the contract number of any government contract | _____ | |

Debtor **Mayflower Communities, Inc.**        Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **2.4.** | **Title of contract** | SERVICE AGREEMENT |
| | **State what the contract or lease is for** | A SERVICE AGREEMENT. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 10/7/2016 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ABILITY NETWORK INC.
100 NORTH 6TH ST.
SUITE 900A
MINNEAPOLIS MN 55403

| | | |
|---|---|---|
| **2.5.** | **Title of contract** | WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY POLICY # 140-0011172 |
| | **State what the contract or lease is for** | INSURANCE |
| | **Nature of debtor's interest** | INSURED |
| | **State the term remaining** | DECEMBER 1, 2019 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ACCIDENT FUND INSURANCE
COMPANY OF AMERICA
200 NORTH GRAND AVENUE
LANSING MI 48901

| | | |
|---|---|---|
| **2.6.** | **Title of contract** | ACCUSHIELD QUOTE |
| | **State what the contract or lease is for** | A PRICING CONTRACT FOR A TABLET, PRINTER AND THEIR INSTALLATION. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 8/27/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ACCUSHIELD LLC
2030 POWERS FERRY RD
#360
ATLANTA GA 30339

| | | |
|---|---|---|
| **2.7.** | **Title of contract** | SOFTWARE LICENSE AND SERVICES AGREEMENT |
| | **State what the contract or lease is for** | FOR SOFTWARE LICENSES AND SERVICES. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 6/26/2013 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

ADVANCED ANSWERS ON
DEMAND, INC.
11575 HERON BAY BLVD
SUITE 200
CORAL SPRINGS FL 33076

| | | |
|---|---|---|
| **2.8.** | **Title of contract** | FACILITY SERVICES AGREEMENT |
| | **State what the contract or lease is for** | FOR PROVISION OF SERVICES AS ARTICULATED IN THE AGREEMENT. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 1/1/2018 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

AETNA
333 W. WACKER DRIVE
SUITE 2100
CHICAGO IL 60606

Debtor **Mayflower Communities, Inc.**             Case number *(if known)* **19-30283**

| 2.9. | **Title of contract** | MASTER CLIENT RELATIONSHIP AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR ALLSCRIPTS SOLUTIONS. | |
| | **Nature of debtor's interest** | | ALLSCRIPTS |
| | **State the term remaining** | 3/14/2014 | 3 RAVINIA DRIVE SUITE B150 |
| | **List the contract number of any government contract** | | ATLANTA GA 30346 |

| 2.10. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | TERMS AND CONDITIONS FOR TEXTILE RENTAL SERVICE AGREEMENT. | |
| | **Nature of debtor's interest** | | ALSCO INC. |
| | **State the term remaining** | 12/2/2016 | 175 SOUTH WEST TEMPLE SUITE 510 |
| | **List the contract number of any government contract** | | SALT LAKE CITY UT 84101 |

| 2.11. | **Title of contract** | FORMAL AGREEMENT LETTER | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | LETTER SERVING AS A FORMAL AGREEMENT BETWEEN AMERICAN HEALTH ASSOCIATES AND THE BARRINGTON OF CARMEL. | |
| | **Nature of debtor's interest** | | AMERICAN HEALTH ASSOCIATES, INC. |
| | **State the term remaining** | 3/13/2015 | 2831 CORPORATE WAY MIRAMAR FL 33025 |
| | **List the contract number of any government contract** | | |

| 2.12. | **Title of contract** | AUTHORIZED PROVIDER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR AUTHORIZED USUAGE OF RED CROSS TRAINING MATERIALS. | |
| | **Nature of debtor's interest** | | AMERICAN RED CROSS - HEALTH & SAFETY SERVICES |
| | **State the term remaining** | 12/8/2017 | 25688 NETWORK PLACE CHICAGO IL 60673 |
| | **List the contract number of any government contract** | | |

| 2.13. | **Title of contract** | AMBULANCE SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR AMBULANCE SERVICES. | |
| | **Nature of debtor's interest** | | AMERICARE AMBULANCE SERVICE LLC |
| | **State the term remaining** | 9/16/2013 | 2745 NORTH DALLAS PARKWAY SUITE 600 |
| | **List the contract number of any government contract** | | PLANO TX 75093 |

Debtor **Mayflower Communities, Inc.**                                                                  Case number *(if known)* **19-30283**

| 2.14. | Title of contract | ANCILLARY PROVIDER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR HEALTH SERVICES PROVIDED TO COVERED INDIVIDUALS. | |
| | Nature of debtor's interest | | ANTHEM INSURANCE COMPANIES, INC. D/B/A ANTHEM BLUE CROSS AND BLUE SHIELD |
| | State the term remaining | 10/1/2014 | 2221 EDWARD HOLLAND DRIVE RICHMOND VA 23230 |
| | List the contract number of any government contract | | |

| 2.15. | Title of contract | PERFORMANCE ASSURANCE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR PREVENTIVE MAINTENANCE AND REPAIR SERVICE. | |
| | Nature of debtor's interest | | ARJOHUNTLEIGH 2319 W. LAKE ST. |
| | State the term remaining | 12/1/2017 | # 250 ADDISON IL 60101 |
| | List the contract number of any government contract | | |

| 2.16. | Title of contract | EMERGENCY EVACUATION TRANSFER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR EMERGENCY EVACUATION. | |
| | Nature of debtor's interest | | ASPEN TRACE 3154 S. SR 135 |
| | State the term remaining | 11/30/2017 | GREENWOOD IN 46143 |
| | List the contract number of any government contract | | |

| 2.17. | Title of contract | AGREEMENT BETWEEN CUSTOMER AND SERVICE PROVIDERS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE PROVIDER AGREEMENT. | |
| | Nature of debtor's interest | | ASSOCIATED TIME & PARKING CONTROLS, INC. |
| | State the term remaining | 6/24/2013 | 9104 DIPLOMACY ROW DALLAS TX 75247 |
| | List the contract number of any government contract | | |

| 2.18. | Title of contract | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR TEMPORARY STAFFING PURPOSES. | |
| | Nature of debtor's interest | | ATC HEALTHCARE SERVICES, INC. 1983 MARCUS AVENUE |
| | State the term remaining | 6/21/2017 | NORTH NEW HYDE PARK NY 11042 |
| | List the contract number of any government contract | | |

Debtor   **Mayflower Communities, Inc.**                                                   Case number *(if known)* **19-30283**

---

| 2.19. | Title of contract | EMPLOYMENT PRACTICES LIABILITY POLICY # MML-09824-18 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | ATLANTIC SPECIALTY INSURANCE COMPANY |
| | State the term remaining | JANUARY 30, 2019 | 605 HIGHWAY 169 NORTH SUITE 800 |
| | List the contract number of any government contract | _____ | PLYMOUTH MN 55441 |

| 2.20. | Title of contract | CUSTOMER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | A CLIENT SERVICE AGREEMENT. | |
| | Nature of debtor's interest | _____ | ATTENDANCE ON DEMAND, INC. |
| | State the term remaining | 3/2/2018 | 22300 HAGGERTY RD. NORTHVILLE MI 48167 |
| | List the contract number of any government contract | _____ | |

| 2.21. | Title of contract | FACILITY SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR AUDIOLOGY AND BALANCE. | |
| | Nature of debtor's interest | _____ | AUDIOLOGY ASSOCIATES OF INDIANA |
| | State the term remaining | 10/4/2013 | 119 EAST 3RD STREET RUSHVILLE IN 46173 |
| | List the contract number of any government contract | _____ | |

| 2.22. | Title of contract | CUSTOMER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | A CLIENT SERVICE AGREEMENT. | |
| | Nature of debtor's interest | _____ | AUERON HR, INC. |
| | State the term remaining | 3/2/2018 | 7760 OFFICE PLAZA DR. S. WEST DES MOINES IA 50266 |
| | List the contract number of any government contract | _____ | |

| 2.23. | Title of contract | ORGANIZATION ACCESS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | AGREEMENT FOR THE AVAILITY SECURE WEB SITE. | |
| | Nature of debtor's interest | _____ | AVAILITY, LLC |
| | State the term remaining | 7/17/2014 | 7406 FULLERTON STREET SUITE 300 |
| | List the contract number of any government contract | _____ | JACKSONVILLE FL 32256 |

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

| 2.24. | Title of contract | SOFTWARE CONTRACT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR BLACKBOARD SOFTWARE AND SERVICES. | |
| | Nature of debtor's interest | | BLACKBOARD INC. |
| | State the term remaining | 12/8/2017 | 1111 19TH ST. NW WASHINGTON DC 20006 |
| | List the contract number of any government contract | | |

| 2.25. | Title of contract | PREVENTATIVE MAINTENANCE PROPOSAL | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR SERIES OF MAINTENANCE CHECKS DEEMED NECESSARY BY SERVICE TECHNICIAN. | |
| | Nature of debtor's interest | | BOB BLOCK FITNESS EQUIPMENT |
| | State the term remaining | 9/25/2017 | 8128 CASTLEWAY CT. WEST INDIANAPOLIS IN 46250 |
| | List the contract number of any government contract | | |

| 2.26. | Title of contract | TRANSPORTATION SERVICES PROVIDER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR AMBULANCE TRANSPORTATION SERVICES. | |
| | Nature of debtor's interest | | CARE AMBULANCE SYSTEMS |
| | State the term remaining | 12/4/2013 | 1202 W. 16TH STREET INDIANAPOLIS IN 46202 |
| | List the contract number of any government contract | | |

| 2.27. | Title of contract | SENIOR PLACEMENT SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR PLACEMENT SERVICES. | |
| | Nature of debtor's interest | | CARE PATROL |
| | State the term remaining | 4/20/2016 | P.O. BOX 59 WESTFIELD IN 46032 |
| | List the contract number of any government contract | | |

| 2.28. | Title of contract | SERVICE ACTIVATION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SERVICE ACTIVATION. | |
| | Nature of debtor's interest | | CAREERBUILDER, LLC |
| | State the term remaining | 1/5/2017 | 200 NORTH LASALLE STREET SUITE 1100 CHICAGO IL 60601 |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.**                                         Case number *(if known)* **19-30283**

| 2.29. | Title of contract | GENERAL AND PROFESSIONAL LIABILITY POLICY # CCRRRG-0038-19 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | CARING COMMUNITIES, A RECIPROCAL RISK RETENTION GROUP |
| | Nature of debtor's interest | INSURED | 1850 WEST WINCHESTER ROAD SUITE 109 |
| | State the term remaining | JANUARY 1, 2020 | LIBERTYVILLE IL 60048 |
| | List the contract number of any government contract | | |

| 2.30. | Title of contract | ARCHITEL CLOUD | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | ARCHITEL CLOUD SOFTWARE SOLUTIONS | CENTRE TECHNOLOGIES, INC. |
| | Nature of debtor's interest | | 16801 GREENSPOINT PARK DRIVE SUITE 200 |
| | State the term remaining | 8/23/2016 | HOUSTON TX 77060 |
| | List the contract number of any government contract | | |

| 2.31. | Title of contract | ANCILLARY SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR PROVISION OF COVERED SERVICES. | CIGNA HEALTHCARE OF INDIANA, INC. |
| | Nature of debtor's interest | | 11595 MERIDIAN STREET SUITE 500 |
| | State the term remaining | 11/1/2014 | CARMEL IN 46032 |
| | List the contract number of any government contract | | |

| 2.32. | Title of contract | PREVENTATIVE MAINTENANCE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | COMMERCIAL FOODSERVICE REPAIR, INC. |
| | Nature of debtor's interest | | 11101 CUTTEN ROAD UNIT 106 |
| | State the term remaining | 8/28/2017 | HOUSTON TX 77066 |
| | List the contract number of any government contract | | |

| 2.33. | Title of contract | ORDER FORM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR SERVICE ADMINISTRATION INVOICE PROCESSING. | CONCUR TECHNOLOGIES, INC. |
| | Nature of debtor's interest | | 601 108TH AVENUE NE SUITE 1000 |
| | State the term remaining | 9/26/2018 | BELLEVUE WA 98004 |
| | List the contract number of any government contract | | |

Debtor  **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 2.34. | **Title of contract** | DIETARY CONSULTING AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FOR DIETARY CONSULTING. | |
| | **Nature of debtor's interest** | | CUMMINS NUTRITION & WELLNESS, LLC |
| | **State the term remaining** | 9/21/2018 | 3010 LAKE VIEW BLVD EVANSVILLE IN 47720 |
| | **List the contract number of any government contract** | | |
| 2.35. | **Title of contract** | COSMETOLOGY SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FOR COSMETOLOGY SERVICES TO RESIDENTS AT ON-SITE SALONS. | |
| | **Nature of debtor's interest** | | ELAN SALON GROUP 3500 SNOUFFER RD. |
| | **State the term remaining** | 10/1/2013 | STE 100 COLUMBUS OH 43235 |
| | **List the contract number of any government contract** | | |
| 2.36. | **Title of contract** | LANDSCAPE MAINTENACE CONTRACT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | ENGLEDOW GROUP 1100 EAST 116TH STREET CARMEL IN 46032 |
| | **State the term remaining** | 11/3/2017 | |
| | **List the contract number of any government contract** | | |
| 2.37. | **Title of contract** | SNOW & ICE MANAGEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | ENGLEDOW GROUP 1100 EAST 116TH STREET CARMEL IN 46032 |
| | **State the term remaining** | 8/16/2017 | |
| | **List the contract number of any government contract** | | |
| 2.38. | **Title of contract** | ENQUIRELEADS TECHNOLOGY SERVICES SUBSCRIPTION AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | A TECHNOLOGY SERVICES SUBSCRIPTION AGREEMENT. | |
| | **Nature of debtor's interest** | | ENQUIRE SOLUTIONS, LLC 6400 S. FIDDLERS GREEN CIR |
| | **State the term remaining** | 10/18/2017 | 8TH FLOOR GREENWOOD VILLAGE CO 80111 |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| 2.39. | Title of contract | AGREEMENT FOR NURSING FACILITY SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR NURSING FACILITY SERVICES. | |
| | Nature of debtor's interest | | F.C. OF INDIANA, INC. D/B/A INTREPID USA HOSPICE 3333 FOUNDERS ROAD INDIANAPOLIS IN 46268 |
| | State the term remaining | 7/13/2017 | |
| | List the contract number of any government contract | | |

| 2.40. | Title of contract | AGREEMENT FOR NURSING FACILITY SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR NURSING FACILITY SERVICES. | |
| | Nature of debtor's interest | | F.C. OF INDIANA, INC. D/B/A INTREPID USA HOSPICE 3333 FOUNDERS ROAD INDIANAPOLIS IN 46268 |
| | State the term remaining | 12/8/2017 | |
| | List the contract number of any government contract | | |

| 2.41. | Title of contract | SNF OUTPATIENT DIALYSIS SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR DIALYSIS SERVICES. | |
| | Nature of debtor's interest | | FRESENIUS MEDICAL CARE FISHERS, LLC D/B/A FRESENIUS MEDICAL CARE OF FISHERS 13648 OLIVIA WAY FISHERS IN 46037 |
| | State the term remaining | 1/26/2017 | |
| | List the contract number of any government contract | | |

| 2.42. | Title of contract | ONE-TIME RESPITE SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR RESPITE SERVICES. | |
| | Nature of debtor's interest | | GENTIVA HOSPICE AND VISTA HOSPICE, LLC D/B/A GENTIVA HOSPICE 5550 S. EAST STREET BUILDING B SUITE A INDIANAPOLIS IN 46227 |
| | State the term remaining | 3/27/2015 | |
| | List the contract number of any government contract | | |

| 2.43. | Title of contract | FOUNDATION PAGE ADDITION TO WEBSITE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | | |
| | | | GLYNNDEVINS 8880 WARD PARKWAY SUITE 400 KANAS CITY MO 64114 |
| | Nature of debtor's interest | | |
| | State the term remaining | 12/17/2018 | |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.**                                   Case number *(if known)* **19-30283**

**2.44.** | Title of contract | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | FOR NEW HIRE EMPLOYEE SCREENING PHYSICALS. |
| Nature of debtor's interest | | GRACE AT HOUSE 5256 E. 65TH STREET INDIANAPOLIS IN 46220
| State the term remaining | 12/18/2017 |
| List the contract number of any government contract | |

**2.45.** | Title of contract | PHARMACY SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | FOR PHARMACY SERVICES. |
| Nature of debtor's interest | | GRANDVIEW HEALTHCARE, INC. D/B/A GRANDVIEW PHARMACY 675 PATRICK PLACE BROWNSBURG IN 46112
| State the term remaining | 11/1/2013 |
| List the contract number of any government contract | |

**2.46.** | Title of contract | CONSULTANT PHARMACIST AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | |
| Nature of debtor's interest | | GRANDVIEW HEALTHCARE, LLC D/B/A GRANDVIEW PHARMACY 474 SOUTHPOINT CIRCLE BROWNSBURG IN 46112
| State the term remaining | 5/1/2018 |
| List the contract number of any government contract | |

**2.47.** | Title of contract | THIRD PARTY PROVIDER ACCESS AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | FOR TRANSPORTATION SERVICES. |
| Nature of debtor's interest | | GRAYS TRANSPORTATION LLC 3639 KATELYN WAY INDIANAPOLIS IN 46228
| State the term remaining | 5/5/2015 |
| List the contract number of any government contract | |

**2.48.** | Title of contract | HOSPICE-NURSING FACILITY SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
--- | --- | --- | ---
| State what the contract or lease is for | FOR HOSPICE CARE SERVICES. |
| Nature of debtor's interest | | GREAT LAKES CARING HOSPICE C IN, LLC D/B/A GREAT LAKES CARING 1620 HAWTHORNE DRIVE PLAINFIELD IN 46168
| State the term remaining | 10/27/2016 |
| List the contract number of any government contract | |

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **2.49.** | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | **State what the contract or lease is for** | FOR MENTAL HEALTH SERVICES. | |
| | **Nature of debtor's interest** | _____ | GREENHOUSE & ASSOCIATES, INC. |
| | **State the term remaining** | 1/8/2015 | 5023 E. 56TH STE 110 INDIANAPOLIS IN 46226 |
| | **List the contract number of any government contract** | _____ | |

**2.49.**   **Title of contract**   SERVICE AGREEMENT

State what the contract or lease is for   FOR MENTAL HEALTH SERVICES.

Nature of debtor's interest

State the term remaining   1/8/2015

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GREENHOUSE & ASSOCIATES, INC.
5023 E. 56TH
STE 110
INDIANAPOLIS IN 46226

---

**2.50.**   **Title of contract**   CONTRACT FOR LABORATORY SERVICE

State what the contract or lease is for   FOR LABORATORY SERVICE.

Nature of debtor's interest

State the term remaining   12/1/2013

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GREENWOOD MEDICAL
LABORATORY, INC.
622 N. MADISON AVE.
GREENWOOD VILLAGE IN 46142

---

**2.51.**   **Title of contract**   NURSING FACILITY SERVICES AGREEMENT

State what the contract or lease is for   FOR NURSING FACILITY SERVICES.

Nature of debtor's interest

State the term remaining   8/8/2014

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

GUARDIAN ANGEL HOSPICE, INC.
513 W. LINCOLN RD.
KOKOMO IN 46902

---

**2.52.**   **Title of contract**   SUBSCRIPTION AGREEMENT

State what the contract or lease is for   SUBSCRIPTION AGREEMENT FOR HCR'S SERVICES.

Nature of debtor's interest

State the term remaining   6/22/2016

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HEALTHCARE RESEARCH LLC
205 N. MICHIGAN AVE.
SUITE 1400
CHICAGO IL 60601

---

**2.53.**   **Title of contract**   MEDICAL WASTE SERVICE AGREEMENT

State what the contract or lease is for   HEALTHCARE WASTE MANAGEMENT SERVICES TO BE PROVIDED

Nature of debtor's interest

State the term remaining   10/16/2013

List the contract number of any government contract

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

HEALTHCARE WASTE
MANAGEMENT, INC.
P.O. BOX 1218
FRANKFORT IL 60423

Debtor   **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.54. | **Title of contract** | BUSINESS ASSOCIATE AGREEMENT |
| | **State what the contract or lease is for** | FOR THERAPY MANAGEMENT SOLUTIONS. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 9/1/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEALTHPRO THERAPY SERVICES, LLC
10600 YORK ROAD
SUITE 105
COCKEYSVILLE MD 21030

| | | |
|---|---|---|
| 2.55. | **Title of contract** | SKILLED NURSING FACILITY THERAPY SERVICES AGREEMENT |
| | **State what the contract or lease is for** | FOR NURSING FACILITY SERVICES. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 1/10/2013 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEALTHPRO THERAPY SERVICES, LLC
10600 YORK ROAD
SUITE 105
COCKEYSVILLE MD 21030

| | | |
|---|---|---|
| 2.56. | **Title of contract** | AMBULANCE SERVICE AGREEMENT |
| | **State what the contract or lease is for** | FOR AMBULANCE SERVICES. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 10/1/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEARTLAND AMBULANCE SERVICE LLC
408 W. AIR PARK DR.
MUNCIE IN 47303

| | | |
|---|---|---|
| 2.57. | **Title of contract** | GENERAL INPATIENT AND RESPITE CARE SKILLED NURSING FACILITY AGREEMENT |
| | **State what the contract or lease is for** | FOR GENERAL INPATIENT AND RESPITE CARE. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 2/24/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEARTLAND HOSPICE SERVICES, LLC D/B/A HEARTLAND HOSPICE SERVICES
931 E. 86TH STREET
SUITE 208
INDIANAPOLIS IN 46240

| | | |
|---|---|---|
| 2.58. | **Title of contract** | GENERAL INPATIENT AND RESPITE CARE SKILLED NURSING FACILITY AGREEMENT |
| | **State what the contract or lease is for** | FOR GENERAL INPATIENT AND RESPITE CARE. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 3/29/2016 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

HEARTLAND HOSPICE SERVICES, LLC D/B/A HEARTLAND HOSPICE SERVICES
931 E. 86TH STREET
SUITE 208
INDIANAPOLIS IN 46240

Debtor **Mayflower Communities, Inc.**                                        Case number *(if known)* **19-30283**

| 2.59. | **Title of contract** | NURSING FACILITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR NURSING FACILITY SERVICES. | |
| | **Nature of debtor's interest** | | HEARTLAND HOSPICE SERVICES, LLC D/B/A HEARTLAND HOSPICE SERVICES |
| | **State the term remaining** | 12/5/2014 | 931 E. 86TH STREET SUITE 208 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46240 |

| 2.60. | **Title of contract** | NURSING FACILITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR NURSING FACILITY SERVICES. | |
| | **Nature of debtor's interest** | | HEARTLAND HOSPICE SERVICES, LLC D/B/A HEARTLAND HOSPICE SERVICES |
| | **State the term remaining** | 3/29/2016 | 931 E. 86TH STREET SUITE 208 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46240 |

| 2.61. | **Title of contract** | RESIDENTIAL HOSPICE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR HOSPICE CARE SERVICES. | |
| | **Nature of debtor's interest** | | HOSPICE OF AMERICA LLC, D/B/A HARBOR LIGHT HOSPICE |
| | **State the term remaining** | 4/17/2015 | 7164 GRAHAM ROAD SUITE 150 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46250 |

| 2.62. | **Title of contract** | RESIDENTIAL HOSPICE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR HOSPICE CARE SERVICES. | |
| | **Nature of debtor's interest** | | HOSPICE OF AMERICA LLC, D/B/A HARBOR LIGHT HOSPICE |
| | **State the term remaining** | 5/3/2018 | 7164 GRAHAM ROAD SUITE 150 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46250 |

| 2.63. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY POLICY POLICY # ELL015040300 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | INDIAN HARBOR INSURANCE COMPANY |
| | **State the term remaining** | DECEMBER 1, 2019 | 70 SEAVIEW AVENUE STAMFORD CT 06902 |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                                       Case number *(if known)* **19-30283**

| 2.64. | Title of contract | OPERATING - PARTICIPATION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR PARTICIPATION IN HEALTH CARE SERVICE NETWORK IN THE STATE OF INDIANA. | |
| | Nature of debtor's interest | | INDIANA HEALTH SERVICES NETWORK, LLC |
| | State the term remaining | 6/22/2016 | 6280 WEST 96TH STREET INDIANAPOLIS IN 46278 |
| | List the contract number of any government contract | | |

| 2.65. | Title of contract | LABORATORY SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR LABORATORY SERVICES. | |
| | Nature of debtor's interest | | INDIANA UNIVERSITY HEALTH, INC. |
| | State the term remaining | 4/2/2015 | 350 W. 11TH STREET INDIANAPOLIS IN 46202 |
| | List the contract number of any government contract | | |

| 2.66. | Title of contract | HOSPICES SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TO PROVIDE TERMINALLY ILL RESIDENTS OF THE FACILITY WITH NECESSARY HOSPICE SERVICES IN CONJUNCTION WITH NURSING FACILITY SERVICES | |
| | Nature of debtor's interest | | INDIANA UNIVERSITY HEALTH, INC. D/B/A INDIANA UNIVERSITY HEALTH HOSPICE |
| | State the term remaining | 9/22/2014 | 1828 N. ILLINOIS STREET INDIANAPOLIS IN 46206 |
| | List the contract number of any government contract | | |

| 2.67. | Title of contract | HOSPICES SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TO PROVIDE TERMINALLY ILL RESIDENTS OF THE FACILITY WITH NECESSARY HOSPICE SERVICES IN CONJUNCTION WITH NURSING FACILITY SERVICES | |
| | Nature of debtor's interest | | INDIANA UNIVERSITY HEALTH, INC. D/B/A INDIANA UNIVERSITY HEALTH HOSPICE |
| | State the term remaining | 8/15/2014 | 1828 N. ILLINOIS STREET INDIANAPOLIS IN 46206 |
| | List the contract number of any government contract | | |

| 2.68. | Title of contract | CLINICAL AFFILIATION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR CLINICAL EXPERIENCE TO STUDENTS ENROLLED IN THE UNIVERSITY. | |
| | Nature of debtor's interest | | INDIANA UNIVERSITY SCHOOL OF NURSING |
| | State the term remaining | 1/23/2015 | 600 BARNHILL DR. INDIANAPOLIS IN 46202 |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.**                                                    Case number *(if known)* **19-30283**

| 2.69. | Title of contract | EMPLOYER OCCUPATIONAL TRAINING | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | OCCUPATIONAL SKILLS TRAINING. | |
| | Nature of debtor's interest | | INDIANA WORKFORCE DEVELOPMENT |
| | State the term remaining | 1/15/2018 | 10 N. SENATE AVENUE INDIANAPOLIS IN 46204 |
| | List the contract number of any government contract | | |

| 2.70. | Title of contract | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR NON-MEDICAL INHOME CARE SERVICES. | |
| | Nature of debtor's interest | | IRONS, INC., D/B/A HOME INSTEAD SENIOR CARE |
| | State the term remaining | 6/12/2015 | 341 LOGAN STREET STE L100 |
| | List the contract number of any government contract | | NOBLESVILLE IN 46060 |

| 2.71. | Title of contract | MANAGEMENT LIABILITY AND COMPANY REIMBURSEMENT POLICY # ELU159110-18 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | JLT SPECIALTY INSURANCE SERVICES INC. |
| | State the term remaining | DECEMBER 1, 2019 | 350 MADISON AVENUE 7TH FLOOR |
| | List the contract number of any government contract | | NEW YORK NY 10017 |

| 2.72. | Title of contract | CLINICAL SITE LETTER OF AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | REQUESTING THE BARRINGTON TO USE ITS FACILITY AS A CLINICAL TRAINING SITE FOR CLASSES TO BE OFFERED ONCE A MONTH. | |
| | Nature of debtor's interest | | LEGACY CNA TRAINING, LLC 3131 GRAPE RD. |
| | State the term remaining | 12/12/2017 | #100 MISHAWAKA IN 46545 |
| | List the contract number of any government contract | | |

| 2.73. | Title of contract | CONTRACTS FOR COST REPORT SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR PREPARATION OF MEDICARE COST REPORT. | |
| | Nature of debtor's interest | | LJB CONSULTING, INC 1301 S. BOWEN ROAD |
| | State the term remaining | 3/23/2015 | SUITE 435 ARLINGTON TX 76013 |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| **2.74.** | **Title of contract** | AGREEMENT FOR NETWORK AFFILIATION AND NETWORK SERVICES |
| | **State what the contract or lease is for** | FOR NETWORK PLAN AFFILIATION AND PROVISION OF COVERED SERVICES. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 4/3/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MANAGEMENT AND NETWORK SERVICES, LLC
4892 BLAZER PARKWAY
DUBLIN OH 43017

| | | |
|---|---|---|
| **2.75.** | **Title of contract** | AGREEMENT OF AFFILIATION |
| | **State what the contract or lease is for** | FOR CLINICAL EXPERIENCE TO STUDENTS ENROLLED IN THE UNIVERSITY. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 2/13/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MARIAN UNIVERSITY
3200 COLD SPRING ROAD
INDIANAPOLIS IN 46222

| | | |
|---|---|---|
| **2.76.** | **Title of contract** | MASTER LICENSE AND SERVICES AGREEMENT |
| | **State what the contract or lease is for** | PERTAINS TO SOFTWARE LICENSE PURCHASES. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 4/3/2018 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MATRIX CARE, INC.
10900 HAMPSHIRE AVE S
SUITE 100
BLOOMINGTON MN 55438

| | | |
|---|---|---|
| **2.77.** | **Title of contract** | FACILITY STAFFING AGREEMENT |
| | **State what the contract or lease is for** | FOR NURSE STAFFING. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 12/22/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MAXIM HEALTHCARE SERVICES, INC. D/B/A MAXIM STAFFING SOLUTIONS
8720 E. CASTLE CREEK PARKWAY SUITE 106
INDIANAPOLIS IN 46250

| | | |
|---|---|---|
| **2.78.** | **Title of contract** | CUSTOMER TECHNOLOGY SYSTEMS AGREEMENT |
| | **State what the contract or lease is for** | MCKESSON MEDICAL SURGICAL TO PROVIDE THE USE OF CUSTOMER TECHNOLOGY SYSTEM, ORBIT CHARGE CAPTURE. |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 11/25/2013 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

MCKESSON MEDICAL-SURGICAL MINNESOTA SUPPLY, INC.
812 10TH AVENUE NORTH
GOLDEN VALLEY MN 55427

Debtor **Mayflower Communities, Inc.**                                                                 Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.79. | **Title of contract** | AMENDED EXHIBIT A | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | AMENDMENT TO PREVIOUS AGREEMENT. | |
| | | | MEDLINE INDUSTRIES HOLDINGS, LP |
| | **Nature of debtor's interest** | | 1 MEDLINE PL |
| | **State the term remaining** | 11/3/2017 | MUNDELEIN IL 60060 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.80. | **Title of contract** | CLIENT SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | HUMAN RESOURCES MANAGEMENT AGREEMENT. | |
| | **Nature of debtor's interest** | | MERIT RESOURCES, INC. |
| | | | 4410 114TH STREET |
| | **State the term remaining** | 11/7/2014 | DES MOINES IA 50322 |
| | **List the contract number of any government contract** | | |

| | | |
|---|---|---|
| 2.81. | **Title of contract** | SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | FOR DYSPHAGIA CONSULTATIONS. | |
| | **Nature of debtor's interest** | | MIDWEST DYSPHAGIA CONSULTANTS |
| | **State the term remaining** | 11/8/2017 | 5710 WOOSTER PIKE #102 |
| | **List the contract number of any government contract** | | CINCINNATI OH 45227 |

| | | |
|---|---|---|
| 2.82. | **Title of contract** | MOBILE DIAGNOSTIC SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | TO PROVIDE MOBILE X-RAY, CARDIAC MONITORING, AND ULTRASOUND SERVICES TO RESIDENTS | |
| | **Nature of debtor's interest** | | MOBILEXUSA |
| | **State the term remaining** | 10/3/2013 | THE HIGHLANDS, BUILDING 200 930 RIDGEBROOK ROAD |
| | **List the contract number of any government contract** | | SPARKS MD 21152 |

| | | |
|---|---|---|
| 2.83. | **Title of contract** | CYBER PROTECTION POLICY POLICY # 509222 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | NAS INSURANCE COMPANY |
| | **State the term remaining** | JANUARY 1, 2020 | 16501 VENTURA BOULEVARD SUITE 200 |
| | **List the contract number of any government contract** | | ENCINO CA 91436 |

Debtor   **Mayflower Communities, Inc.**                                                Case number *(if known)* **19-30283**

| 2.84. | Title of contract | ORDER FORM | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | STIPULATES TERMS AND CONDITIONS FOR POLICYTECH SOFTWARE. | |
| | Nature of debtor's interest | | NAVEX GLOBAL-POLICY TECH 5500 MEADOWS ROAD SUITE 500 LAKE OSWEGO OR 97035 |
| | State the term remaining | 2/28/2017 | |
| | List the contract number of any government contract | | |

| 2.85. | Title of contract | AGREEMENT FOR WHEELCHAIR AND AMBULATORY TRANSPORTATION SERVICES | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR AMBULATORY TRANSPORTATION SERVICES. | |
| | Nature of debtor's interest | | NEED-A-LIFT 77 S. GIRLS SCHOOL ROAD SUITE 202 INDIANAPOLIS IN 46231 |
| | State the term remaining | 9/22/2013 | |
| | List the contract number of any government contract | | |

| 2.86. | Title of contract | MASTER SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | MASTER AGREEMENT FOR SUBSCRIPTION SERVICES. | |
| | Nature of debtor's interest | | NEXUS HEALTH RESOURCES, INC. 27 CARPENTER AVENUE SUITE 7 MIDDLETOWN NY 10940 |
| | State the term remaining | 9/1/2017 | |
| | List the contract number of any government contract | | |

| 2.87. | Title of contract | STAFFING AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR NURSE STAFFING. | |
| | Nature of debtor's interest | | NURSES AND MORE 8925 N. MERIDIAN STREET SUITE 110 INDIANAPOLIS IN 46260 |
| | State the term remaining | 6/20/2016 | |
| | List the contract number of any government contract | | |

| 2.88. | Title of contract | LICENSE TERMS & CONDITIONS | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR PAYROLL BASED JOURNAL REPORTING SETUP. | |
| | Nature of debtor's interest | | ON SHIFT, INC. 1621 EUCLID AVE. #1400 CLEVELAND OH 44115 |
| | State the term remaining | 5/23/2016 | |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.**                                                           Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 2.89. | Title of contract | ON-SITE EYE SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | TO PROVIDE ONSITE EYE HEALTH RELATED SERVICES RANGING FROM ROUTINE EXAMS, PROVISION OF EYE GLASSES, TO MANAGEMENT OF EYE DISEASE. | |
| | Nature of debtor's interest | | ON-SIGHT EYE CONSULTANTS; DIVISION OF MIDWEST EYE CONSULTANTS, P.C. |
| | State the term remaining | 9/30/2013 | P.O. BOX 527 |
| | List the contract number of any government contract | | WABASH IN 46992 |

| | | | |
|---|---|---|---|
| 2.90. | Title of contract | HOSPICE CARE SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | FOR HOSPICE CARE SERVICES. | |
| | Nature of debtor's interest | | PARADIGM LIVING CONCEPTS 7520 EAST 88TH PLACE |
| | State the term remaining | 7/10/2017 | SUITE 101 |
| | List the contract number of any government contract | | INDIANAPOLIS IN 46256 |

| | | | |
|---|---|---|---|
| 2.91. | Title of contract | FACILITY AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | FOR INTERDISCIPLINARY MEDICAL SERVICES FOR THE PALLIATION AND MANAGEMENT OF TERMINAL ILLNESS. | |
| | Nature of debtor's interest | | PASSAGES HOSPICE, LLC 515 WARRENVILLE RD. |
| | State the term remaining | 9/19/2013 | LISLE IL 60532 |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.92. | Title of contract | SKILLED NURSING FACILITY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | FOR NURSING FACILITY SERVICES. | |
| | Nature of debtor's interest | | PEOPLEFIRST HOMECARE AND HOSPICE OF INDIANA, LLC D/B/A KINDRED AT HOME-HOSPICE |
| | State the term remaining | 4/19/2016 | 2415 DIRECTORS ROW SUITE C |
| | List the contract number of any government contract | | INDIANAPOLIS IN 46241 |

| | | | |
|---|---|---|---|
| 2.93. | Title of contract | COMMERCIAL AUTO COVERAGE POLICY # PHPK1831075 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | State what the contract or lease is for | INSURANCE | |
| | Nature of debtor's interest | INSURED | PHILADELPHIA INDEMNITY INSURANCE COMPANY |
| | State the term remaining | JUNE 9, 2019 | ONE BALA PLAZA SUITE 100 |
| | List the contract number of any government contract | | BALA CYNWYD PA 19004 |

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 2.94. | Title of contract | PROVIDER AGREEMENT FOR RESIDENTIAL HOSPICE SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FOR HOSPICE HOME CARE SERVICES. | |
| | Nature of debtor's interest | | PHYSIOCARE HOSPICE, LLC |
| | | | 625 S. EARL AVE. |
| | | | SUITE D |
| | State the term remaining | 5/10/2017 | LAFAYETTE IN 47904 |
| | List the contract number of any government contract | | |

| 2.95. | Title of contract | MEMORANDUM OF AGREEMENT FOR MEDICAL DIRECTOR SERVICES | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FOR MID-LEVEL PRIMARY CARE PHYSICIAN SUPPORT SERVICES. | |
| | Nature of debtor's interest | | PIKE MEDICAL CONSULTANTS, P.C. |
| | | | D/B/A GERICARE INDY |
| | | | 6040 W. 84TH STREET |
| | State the term remaining | 1/9/2015 | INDIANAPOLIS IN 46278 |
| | List the contract number of any government contract | | |

| 2.96. | Title of contract | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | A MAINTENANCE AGREEMENT. | |
| | Nature of debtor's interest | | POWER PRO-TECH SERVICES |
| | | | 377 MAITLAND AVE. |
| | State the term remaining | 2/28/2017 | SUITE 1010 |
| | | | ALTAMONTE SPRINGS FL 32701 |
| | List the contract number of any government contract | | |

| 2.97. | Title of contract | MAINTENANCE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | A MAINTENANCE AGREEMENT. | |
| | Nature of debtor's interest | | POWER PRO-TECH SERVICES |
| | | | 377 MAITLAND AVE. |
| | State the term remaining | 5/1/2017 | SUITE 1010 |
| | | | ALTAMONTE SPRINGS FL 32701 |
| | List the contract number of any government contract | | |

| 2.98. | Title of contract | FACILITY SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | State what the contract or lease is for | FOR PODIATRY SERVICES. | |
| | Nature of debtor's interest | | PREFERRED PODIATRY GROUP, P.C. |
| | | | 40 SKOKIE BLVD. |
| | State the term remaining | 9/23/2013 | SUITE 520 |
| | | | NORTHBROOK IL 60062 |
| | List the contract number of any government contract | | |

Debtor    **Mayflower Communities, Inc.**                                              Case number *(if known)* **19-30283**

| 2.99. | Title of contract | NURSING FACILITY SERICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | TO PROVIDE HOSPICE CARE TO THE RESIDENTS OF THE FACILITY BOTH IN NEED OF NEW AND PREVIOUSLY NEEDED HOSPICE CARE. | |
| | Nature of debtor's interest | | PREMIER HOSPICE & PALLIATIVE CARE L.L.C. |
| | State the term remaining | 9/23/2013 | 11550 N. MERIDIAN STREET SUITE 375 |
| | List the contract number of any government contract | | CARMEL IN 46032 |

| 2.100. | Title of contract | NURSING FACILITY RESIDENTIAL AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR NURSING FACILITY SERVICES. | |
| | Nature of debtor's interest | | PREMIER HOSPICE & PALLIATIVE CARE L.L.C. |
| | State the term remaining | 1/17/2017 | 11550 N. MERIDIAN STREET SUITE 375 |
| | List the contract number of any government contract | | CARMEL IN 46032 |

| 2.101. | Title of contract | DIRECT PLACEMENT AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR HEALTHCARE STAFFING. | |
| | Nature of debtor's interest | | PROLINK HEALTHCARE LLC 3003 E. 98TH STREET |
| | State the term remaining | 12/12/2017 | #161 |
| | List the contract number of any government contract | | INDIANAPOLIS IN 46280 |

| 2.102. | Title of contract | DENTAL SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR DENTAL SERVICES. | |
| | Nature of debtor's interest | | PROSTHODONTICS OF CENTRAL INDIANA |
| | State the term remaining | 10/29/2013 | 11405 N. PENNSYLVANIA STREET SUITE 110 |
| | List the contract number of any government contract | | CARMEL IN 46032 |

| 2.103. | Title of contract | ABAQIS SUBSCRIPTION AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | SUBSCRIPTION AGREEMENT FOR ABAQIS QUALITY MANAGEMENT SYSTEM. IT GOVERNS THE TERMS UPON WHICH PROVIDIGM WILL PROVIDE ACCESS TO THE ABAQIS SOFTWARE PLATFORM. | PROVIDIGM, LLC DEPT CH 19808 PALATINE IL 60055 |
| | Nature of debtor's interest | | |
| | State the term remaining | 10/16/2017 | |
| | List the contract number of any government contract | | |

Debtor    **Mayflower Communities, Inc.**                                                      Case number *(if known)* **19-30283**

| 2.104. | Title of contract | SNF OUTPATIENT DIALYSIS SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR DIALYSIS SERVICES. | |
| | Nature of debtor's interest | | RCG INDIANA, LLC D/B/A FRESENIUS MEDICAL CARE CARMEL |
| | State the term remaining | 1/19/2015 | 1320 CITY CENTER DR. STE 250 |
| | List the contract number of any government contract | | CARMEL IN 46032 |

| 2.105. | Title of contract | MASTER SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR SUBSCRIPTION SERVICES. VERSION OF CONTRACT SUPPLIED IS NOT FULLY EXECUTED. | |
| | Nature of debtor's interest | | RELIAS LEARNING COMPANY 111 CORNING ROAD |
| | State the term remaining | 11/1/2017 | SUIITE 250 CARY NC 27518 |
| | List the contract number of any government contract | | |

| 2.106. | Title of contract | PROPERTY DAMAGE, EQUIPMENT BREAKDOWN, EARTHQUAKE, FLOOD, NAMED STORM DEDUCTIBLE POLICY # ERP9486500-07 | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | INSURANCE | ZURICH AMERICAN INSURANCE COMPANY |
| | Nature of debtor's interest | INSURED | 1299 ZURICH WAY TOWER 2, FLR 5 |
| | State the term remaining | JUNE 1, 2019 | SCHAUMBURG IL 60196 |
| | List the contract number of any government contract | | |

| 2.107. | Title of contract | PEST CONTROL SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | FOR ON SITE PEST MANAGEMENT. | |
| | Nature of debtor's interest | | RENTOKIL STERITECH 12100 CROWNPOINT DRIVE |
| | State the term remaining | 8/10/2017 | SUITE 115 SAN ANTONIO TX 78233 |
| | List the contract number of any government contract | | |

| 2.108.[1] | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENT CONTRACT | |
| | Nature of debtor's interest | | RESIDENT # 135 Address Intentionally Omitted |
| | State the term remaining | 3/31/2014 | |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.**                    Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.109.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT # 764 |
| | **State the term remaining** | 4/23/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.110.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT # 765 |
| | **State the term remaining** | 11/4/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.111.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT # 767 |
| | **State the term remaining** | 4/14/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.112.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #10 |
| | **State the term remaining** | 2/19/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| | | |
|---|---|---|
| 2.113.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #101 |
| | **State the term remaining** | 11/5/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

**2.114.**[1]  | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

State what the contract or lease is for — RESIDENT CONTRACT

Nature of debtor's interest — _____

State the term remaining — 12/16/2013

List the contract number of any government contract — _____

RESIDENT #102
Address Intentionally Omitted

**2.115.**[1]  Title of contract — LIFE CARE AGREEMENT

State what the contract or lease is for — RESIDENT CONTRACT

Nature of debtor's interest — _____

State the term remaining — 7/30/2016

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RESIDENT #103
Address Intentionally Omitted

**2.116.**[1]  Title of contract — LIFE CARE AGREEMENT

State what the contract or lease is for — RESIDENT CONTRACT

Nature of debtor's interest — _____

State the term remaining — 5/26/2016

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RESIDENT #105
Address Intentionally Omitted

**2.117.**[1]  Title of contract — LIFE CARE AGREEMENT

State what the contract or lease is for — RESIDENT CONTRACT

Nature of debtor's interest — _____

State the term remaining — 4/11/2017

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RESIDENT #107 & #108
Address Intentionally Omitted

**2.118.**[1]  Title of contract — LIFE CARE AGREEMENT

State what the contract or lease is for — RESIDENT CONTRACT

Nature of debtor's interest — _____

State the term remaining — 11/6/2013

List the contract number of any government contract — _____

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

RESIDENT #109
Address Intentionally Omitted

Debtor  **Mayflower Communities, Inc.**                                        Case number *(if known)* **19-30283**

| 2.119.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #11 |
| | **State the term remaining** | 8/31/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.120.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #111 |
| | **State the term remaining** | 3/23/2017 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.121.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #112 |
| | **State the term remaining** | 11/4/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.122.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #116 |
| | **State the term remaining** | 11/11/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

| 2.123.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | _____ | RESIDENT #117 |
| | **State the term remaining** | 11/14/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | _____ | |

Debtor **Mayflower Communities, Inc.**                                                    Case number *(if known)* **19-30283**

| 2.124.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #118 |
| | **State the term remaining** | 12/23/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.125.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #119 & #120 |
| | **State the term remaining** | 3/5/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.126.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #12 |
| | **State the term remaining** | 5/31/2017 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.127.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #121 |
| | **State the term remaining** | 2/16/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.128.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #122 & #123 |
| | **State the term remaining** | 10/15/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                Case number *(if known)* **19-30283**

---

2.129.¹ | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | RESIDENT CONTRACT

**Nature of debtor's interest** | _____ | RESIDENT #124
Address Intentionally Omitted

**State the term remaining** | 9/17/2016

**List the contract number of any government contract** | _____

---

2.130.¹ | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | RESIDENT CONTRACT

**Nature of debtor's interest** | _____ | RESIDENT #125
Address Intentionally Omitted

**State the term remaining** | 8/24/2018

**List the contract number of any government contract** | _____

---

2.131.¹ | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | RESIDENT CONTRACT

**Nature of debtor's interest** | _____ | RESIDENT #127 & #128
Address Intentionally Omitted

**State the term remaining** | 3/7/2014

**List the contract number of any government contract** | _____

---

2.132.¹ | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | RESIDENT CONTRACT

**Nature of debtor's interest** | _____ | RESIDENT #129
Address Intentionally Omitted

**State the term remaining** | 10/19/2015

**List the contract number of any government contract** | _____

---

2.133.¹ | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

**State what the contract or lease is for** | RESIDENT CONTRACT

**Nature of debtor's interest** | _____ | RESIDENT #130
Address Intentionally Omitted

**State the term remaining** | 3/21/2014

**List the contract number of any government contract** | _____

---

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| 2.134.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #131 & #132 Address Intentionally Omitted |
| | **State the term remaining** | 12/18/2015 | |
| | **List the contract number of any government contract** | | |

| 2.135.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #133 Address Intentionally Omitted |
| | **State the term remaining** | 8/21/2015 | |
| | **List the contract number of any government contract** | | |

| 2.136.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #134 Address Intentionally Omitted |
| | **State the term remaining** | 12/31/2014 | |
| | **List the contract number of any government contract** | | |

| 2.137.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #136 Address Intentionally Omitted |
| | **State the term remaining** | 2/27/2017 | |
| | **List the contract number of any government contract** | | |

| 2.138.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #138 Address Intentionally Omitted |
| | **State the term remaining** | 1/3/2014 | |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**

Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 2.139.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #14 |
| | **State the term remaining** | 3/31/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.140.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #140 |
| | **State the term remaining** | 5/6/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.141.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #141 & #142 |
| | **State the term remaining** | 11/19/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.142.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #145 |
| | **State the term remaining** | 8/31/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.143.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #146 |
| | **State the term remaining** | 12/31/2017 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**　　　　　　　　　　　　　　　　Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.144.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 1/19/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #147 & #148
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.145.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 6/30/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #15
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.146.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 6/22/2016 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #154
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.147.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 11/6/2013 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #155
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.148.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 7/11/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #157 & #158
Address Intentionally Omitted

Debtor    **Mayflower Communities, Inc.**                                                     Case number *(if known)* **19-30283**

| 2.149.[1] | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENT CONTRACT | |
| | Nature of debtor's interest | | RESIDENT #159 |
| | State the term remaining | 7/31/2016 | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.150.[1] | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENT CONTRACT | |
| | Nature of debtor's interest | | RESIDENT #16 |
| | State the term remaining | 2/24/2014 | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.151.[1] | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENT CONTRACT | |
| | Nature of debtor's interest | | RESIDENT #165 |
| | State the term remaining | 5/23/2014 | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.152.[1] | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENT CONTRACT | |
| | Nature of debtor's interest | | RESIDENT #166 & #167 |
| | State the term remaining | 8/24/2015 | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

| 2.153.[1] | Title of contract | LIFE CARE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| | State what the contract or lease is for | RESIDENT CONTRACT | |
| | Nature of debtor's interest | | RESIDENT #168 & #169 |
| | State the term remaining | 1/24/2014 | Address Intentionally Omitted |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.**　　　　　　　　　　　　　　　　　　　　Case number *(if known)* **19-30283**

| 2.154.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #17 |
| | **State the term remaining** | 12/20/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.155.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #170 |
| | **State the term remaining** | 10/31/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.156.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #171 |
| | **State the term remaining** | 7/29/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.157.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #173 |
| | **State the term remaining** | 10/31/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.158.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #174 |
| | **State the term remaining** | 5/20/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                        Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.159.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 8/19/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #175
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.160.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 11/7/2013 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #176
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.161.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 6/29/2018 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #177 & #178
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.162.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 3/25/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #179
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.163.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 2/12/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #18
Address Intentionally Omitted

Debtor **Mayflower Communities, Inc.**                                                Case number *(if known)* **19-30283**

| 2.164.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #180 |
| | **State the term remaining** | 12/20/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.165.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #181 & # 763 |
| | **State the term remaining** | 5/22/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.166.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #182 & # 762 |
| | **State the term remaining** | 5/21/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.167.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #183 |
| | **State the term remaining** | 4/25/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.168.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #185 |
| | **State the term remaining** | 11/4/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                                              Case number *(if known)* **19-30283**

**2.169.**[1]
| | | |
|---|---|---|
| **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RESIDENT CONTRACT | |
| **Nature of debtor's interest** | _____ | RESIDENT #186 |
| **State the term remaining** | 2/17/2017 | Address Intentionally Omitted |
| **List the contract number of any government contract** | _____ | |

**2.170.**[1]
| | | |
|---|---|---|
| **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RESIDENT CONTRACT | |
| **Nature of debtor's interest** | _____ | RESIDENT #19 |
| **State the term remaining** | 10/14/2015 | Address Intentionally Omitted |
| **List the contract number of any government contract** | _____ | |

**2.171.**[1]
| | | |
|---|---|---|
| **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RESIDENT CONTRACT | |
| **Nature of debtor's interest** | _____ | RESIDENT #190 |
| **State the term remaining** | 12/5/2013 | Address Intentionally Omitted |
| **List the contract number of any government contract** | _____ | |

**2.172.**[1]
| | | |
|---|---|---|
| **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RESIDENT CONTRACT | |
| **Nature of debtor's interest** | _____ | RESIDENT #192 |
| **State the term remaining** | 8/12/2015 | Address Intentionally Omitted |
| **List the contract number of any government contract** | _____ | |

**2.173.**[1]
| | | |
|---|---|---|
| **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **State what the contract or lease is for** | RESIDENT CONTRACT | |
| **Nature of debtor's interest** | _____ | RESIDENT #194 & #195 |
| **State the term remaining** | 9/30/2016 | Address Intentionally Omitted |
| **List the contract number of any government contract** | _____ | |

Debtor **Mayflower Communities, Inc.**   Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 2.174.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #196 & #197 |
| | **State the term remaining** | 1/31/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.175.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #198 & #199 |
| | **State the term remaining** | 8/31/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.176.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #2 |
| | **State the term remaining** | 9/15/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.177.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #20 & #21 |
| | **State the term remaining** | 11/4/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.178.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #200 |
| | **State the term remaining** | 11/14/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                     Case number *(if known)* **19-30283**

| 2.179.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #201 |
| | **State the term remaining** | 5/8/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.180.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #204 & #205 |
| | **State the term remaining** | 3/13/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.181.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #206 |
| | **State the term remaining** | 10/3/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.182.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #208 |
| | **State the term remaining** | 9/25/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.183.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #210 |
| | **State the term remaining** | 2/24/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor    **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 2.184.[1] | **Title of contract** | LIFE CARE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | | |
| | **Nature of debtor's interest** | | | RESIDENT #211 & #211 |
| | **State the term remaining** | 8/29/2014 | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | | |

| 2.185.[1] | **Title of contract** | LIFE CARE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | | |
| | **Nature of debtor's interest** | | | RESIDENT #213 |
| | **State the term remaining** | 3/21/2014 | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | | |

| 2.186.[1] | **Title of contract** | LIFE CARE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | | |
| | **Nature of debtor's interest** | | | RESIDENT #217 & #218 |
| | **State the term remaining** | 5/16/2014 | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | | |

| 2.187.[1] | **Title of contract** | LIFE CARE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | | |
| | **Nature of debtor's interest** | | | RESIDENT #22 & #23 |
| | **State the term remaining** | 12/30/2013 | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | | |

| 2.188.[1] | **Title of contract** | LIFE CARE AGREEMENT | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | | |
| | **Nature of debtor's interest** | | | RESIDENT #221 |
| | **State the term remaining** | 10/18/2015 | | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | | |

Debtor **Mayflower Communities, Inc.**  Case number *(if known)* **19-30283**

| | | |
|---|---|---|
| 2.189.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 6/30/2016 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #222
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.190.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 3/5/2014 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #224
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.191.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 7/6/2015 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #225
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.192.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 12/2/2013 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #227 & #228
Address Intentionally Omitted

| | | |
|---|---|---|
| 2.193.[1] | **Title of contract** | LIFE CARE AGREEMENT |
| | **State what the contract or lease is for** | RESIDENT CONTRACT |
| | **Nature of debtor's interest** | |
| | **State the term remaining** | 9/29/2017 |
| | **List the contract number of any government contract** | |

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

RESIDENT #230
Address Intentionally Omitted

Debtor **Mayflower Communities, Inc.**                                          Case number *(if known)* **19-30283**

| 2.194.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #232 & #233 |
| | **State the term remaining** | 1/26/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.195.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #235 |
| | **State the term remaining** | 5/13/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.196.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #236 |
| | **State the term remaining** | 3/25/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.197.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #238 |
| | **State the term remaining** | 7/16/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.198.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #24 |
| | **State the term remaining** | 10/27/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                   Case number *(if known)* **19-30283**

| 2.199.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #242 |
| | **State the term remaining** | 12/6/2017 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.200.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #244 |
| | **State the term remaining** | 8/15/2017 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.201.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #247 |
| | **State the term remaining** | 11/5/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.202.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #25 |
| | **State the term remaining** | 3/12/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.203.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #26 |
| | **State the term remaining** | 4/6/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                          Case number *(if known)* **19-30283**

| 2.204.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #28 |
| | **State the term remaining** | 4/27/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.205.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #3 & #4 |
| | **State the term remaining** | 5/19/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.206.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #30 & #31 |
| | **State the term remaining** | 11/25/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.207.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #33 |
| | **State the term remaining** | 11/18/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.208.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #34 |
| | **State the term remaining** | 3/5/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                                                    Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 2.209.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #38 |
| | **State the term remaining** | 6/19/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.210.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #41 |
| | **State the term remaining** | 2/27/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.211.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #43 & #44 |
| | **State the term remaining** | 1/13/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.212.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #47 |
| | **State the term remaining** | 12/16/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| | | | |
|---|---|---|---|
| 2.213.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #48 & #49 |
| | **State the term remaining** | 1/30/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                   Case number *(if known)* **19-30283**

| 2.214.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #51 |
| | **State the term remaining** | 1/2/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.215.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #53 |
| | **State the term remaining** | 7/31/2017 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.216.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #55 & #56 |
| | **State the term remaining** | 5/23/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.217.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #57 |
| | **State the term remaining** | 11/19/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.218.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #58 |
| | **State the term remaining** | 6/26/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 2.219.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #59 & #60 |
| | **State the term remaining** | 10/16/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.220.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #6 & #7 |
| | **State the term remaining** | 8/5/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.221.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #67 |
| | **State the term remaining** | 4/27/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.222.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #69 & #70 |
| | **State the term remaining** | 12/16/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.223.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #71 |
| | **State the term remaining** | 1/22/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                   Case number *(if known)* **19-30283**

| 2.224.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #714 & # 761 |
| | **State the term remaining** | 12/20/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.225.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #715 & 716 |
| | **State the term remaining** | 11/5/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.226.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #72 |
| | **State the term remaining** | 10/22/2016 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.227.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #723 & # 759 |
| | **State the term remaining** | 8/7/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.228.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #724 |
| | **State the term remaining** | 4/15/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 2.229.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #725 |
| | **State the term remaining** | 2/17/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.230.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #728 & #729 |
| | **State the term remaining** | 1/8/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.231.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #73 |
| | **State the term remaining** | 3/6/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.232.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #731 |
| | **State the term remaining** | 5/21/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.233.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #74 |
| | **State the term remaining** | 3/31/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 2.234.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #75 Address Intentionally Omitted |
| | **State the term remaining** | 10/31/2016 | |
| | **List the contract number of any government contract** | | |

| 2.235.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #758 & #759 Address Intentionally Omitted |
| | **State the term remaining** | 11/13/2017 | |
| | **List the contract number of any government contract** | | |

| 2.236.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #76 Address Intentionally Omitted |
| | **State the term remaining** | 4/18/2014 | |
| | **List the contract number of any government contract** | | |

| 2.237.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #760 & #126 Address Intentionally Omitted |
| | **State the term remaining** | 12/18/2013 | |
| | **List the contract number of any government contract** | | |

| 2.238.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #766 & #79 Address Intentionally Omitted |
| | **State the term remaining** | 11/12/2013 | |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**                                        Case number *(if known)* **19-30283**

| 2.239.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #77 |
| | **State the term remaining** | 9/21/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.240.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #78 |
| | **State the term remaining** | 11/8/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.241.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #81 |
| | **State the term remaining** | 12/31/2015 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.242.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #83 |
| | **State the term remaining** | 11/30/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.243.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #85 |
| | **State the term remaining** | 8/16/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor **Mayflower Communities, Inc.**    Case number *(if known)* **19-30283**

| 2.244.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #86 |
| | **State the term remaining** | 12/20/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.245.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #9 |
| | **State the term remaining** | 5/30/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.246.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #91 |
| | **State the term remaining** | 11/5/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.247.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #92 |
| | **State the term remaining** | 5/1/2018 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.248.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #93 & #94 |
| | **State the term remaining** | 12/18/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

Debtor   **Mayflower Communities, Inc.**                                                Case number *(if known)* **19-30283**

| 2.249.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #96 |
| | **State the term remaining** | 11/8/2013 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.250.[1] | **Title of contract** | LIFE CARE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | RESIDENT CONTRACT | |
| | **Nature of debtor's interest** | | RESIDENT #98 & #99 |
| | **State the term remaining** | 6/30/2014 | Address Intentionally Omitted |
| | **List the contract number of any government contract** | | |

| 2.251. | **Title of contract** | STAFFING SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR STAFFING SERVICES. | |
| | **Nature of debtor's interest** | | RN SPECIALTIES, INC. D/B/A RN & ALLIED SPECIALTIES |
| | **State the term remaining** | 12/2/2014 | 1302 N. MERIDIAN STREET STE 350 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46202 |

| 2.252. | **Title of contract** | NURSING FACILITY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR NURSING FACILITY SERVICES. | |
| | **Nature of debtor's interest** | | SEASONS HOSPICE & PALLIATIVE CARE OF INDIANA, LLC |
| | **State the term remaining** | 11/16/2015 | 1099 N. MERIDIAN STREET STE 905 |
| | **List the contract number of any government contract** | | INDIANAPOLIS IN 46204 |

| 2.253. | **Title of contract** | MASTER SECURITY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | SECURITY SERVICES AGREEMENT. | |
| | **Nature of debtor's interest** | | SECURITAS SECURITY SERVICES USA, INC. |
| | **State the term remaining** | 6/2/2017 | 12801 NORTH CENTRAL EXPRESSWAY SUITE 1200 |
| | **List the contract number of any government contract** | | DALLAS TX 75243 |

Debtor **Mayflower Communities, Inc.**                                                        Case number *(if known)* **19-30283**

**2.254.** | **Title of contract** | MASTER MANAGEMENT SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | MASTER SERVICES AGREEMENT. |
| **Nature of debtor's interest** | | SENIORITY, INC.
| **State the term remaining** | 9/7/2017 | 15601 DALLAS PARKWAY SUITE 200
| **List the contract number of any government contract** | | ADDISON TX 75001

**2.255.** | **Title of contract** | SUPPLY AND SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | FOR RESPIRATORY CARE AND RESPIRATORY SERVICES. |
| **Nature of debtor's interest** | | SPECIALIZED MEDICAL SERVICES, INC.
| **State the term remaining** | 12/1/2013 | 5343 N. 118TH COURT MILWAUKEE WI 53225
| **List the contract number of any government contract** | |

**2.256.** | **Title of contract** | SERVICE AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | FOR SPECTRUM ENTERPRISE SERVICES. |
| **Nature of debtor's interest** | | SPECTRUM ENTERPRISE
| **State the term remaining** | 5/25/2018 | 12405 POWERSCOURT DRIVE ST. LOUIS MO 63131
| **List the contract number of any government contract** | |

**2.257.** | **Title of contract** | TRANSFER AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | FOR TRANSFER OF RESIDENTS TO ACUTE CARE HOSPITAL (GOVERNS THAT PROCESS). |
| **Nature of debtor's interest** | | ST. VINCENT CARMEL HOSPITAL, INC.
| **State the term remaining** | 6/19/2013 | 13500 NORTH MERIDIAN STREET CARMEL IN 46032
| **List the contract number of any government contract** | |

**2.258.** | **Title of contract** | ASSIGNMENT OF AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease
| **State what the contract or lease is for** | ASSIGNMENT OF PREVIOUS LEASE AGREEMENT TO NEW OWNERS, ASCENSION HEALTH. |
| | | ST. VINCENT HOME CARE, LLC 8450 NORTH PAYNE ROAD SUITE 200
| **Nature of debtor's interest** | | INDIANAPOLIS IN 46268
| **State the term remaining** | 8/7/2015 |
| **List the contract number of any government contract** | |

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| | | | |
|---|---|---|---|
| 2.259. | Title of contract | FIRST AMENDMENT TO HOSPICE SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | FOR ASSIGNMENT OF HOSPICE SERVICE AGREEMENT (12/1/13) W/ ST. VINCENT HOSPITAL AND HEALTH CARE CENTER TO ST. VINCENT HOSPICE, LLC. | ST. VINCENT HOSPICE, LLC 2001 WEST 86TH STREET INDIANAPOLIS IN 46260 |
| | Nature of debtor's interest | | |
| | State the term remaining | 6/1/2015 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.260. | Title of contract | MEDICAL DIRECTOR SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | FOR MEDICAL DIRECTOR SERVICES. | |
| | Nature of debtor's interest | | ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC. - CENTER FOR HEALTHY AGING 2001 WEST 86TH STREET INDIANAPOLIS IN 46260 |
| | State the term remaining | 11/25/2013 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.261. | Title of contract | HOSPICE SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | FOR HOSPICE SERVICES. | |
| | Nature of debtor's interest | | ST. VINCENT HOSPITAL AND HEALTH CARE CENTER, INC. D/B/A ST. VINCENT HOSPICE 2001 WEST 86TH STREET INDIANAPOLIS IN 46260 |
| | State the term remaining | 10/21/2013 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.262. | Title of contract | PSYCHIATRIC MEDICAL DIRECTOR SERVICES AGREEMENT | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | FOR PSYCHIATRY SERVICES. | |
| | Nature of debtor's interest | | STANLEY J. SZWAST, M.D. 1500 N. RITTER AVE. INDIANAPOLIS IN 46219 |
| | State the term remaining | 1/12/2015 | |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.263. | Title of contract | CONTRACTS LAUNCH PACKAGE | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| | State what the contract or lease is for | FOOD DISTRIBUTION AGREEMENT. | |
| | Nature of debtor's interest | | SYSCO CORPORATION 550 FLATO RD # B CORPUS CHRISTI TX 78405 |
| | State the term remaining | 2/1/2018 | |
| | List the contract number of any government contract | | |

Debtor **Mayflower Communities, Inc.** Case number *(if known)* **19-30283**

| 2.264. | **Title of contract** | AGREEMENT WITH NURSING FACILITY | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR NURSING FACILITY SERVICES. | |
| | **Nature of debtor's interest** | | TRANSITIONS INDIANA, LLC 8435 N. MERIDIAN ST. SUITE 100 INDIANAPOLIS IN 46240 |
| | **State the term remaining** | 1/19/2017 | |
| | **List the contract number of any government contract** | | |

| 2.265. | **Title of contract** | STAFFING AUGMENTATION SERVICE AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR STAFFING SERVICES. | |
| | **Nature of debtor's interest** | | TURN KEY FACILITY SERVICES P.O. BOX 481 LAKE DALLAS TX 75065 |
| | **State the term remaining** | 11/28/2017 | |
| | **List the contract number of any government contract** | | |

| 2.266. | **Title of contract** | INDIANA UNIV. HEALTH MA PLANS PARTICIPATING PROVIDER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | IU HEALTH ADMINISTERS A PROVIDER NETWORK THAT WILL PROVIDE IU HEALTH PLAN TO MEMBERS PROVIDED THE FACILITY PROVIDES CERTAIN MEDICARE/MEDICAID COVERED SERVICES FOR IU HEALTH PLAN OWNERS. | |
| | **Nature of debtor's interest** | | UNIVERSITY HEALTH PLANS, INC. 950 N. MERIDIAN STREET SUITE 200 INDIANAPOLIS IN 46204 |
| | **State the term remaining** | 9/4/2014 | |
| | **List the contract number of any government contract** | | |

| 2.267. | **Title of contract** | SKILLED NURSING FACILITY SERVICES AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR NURSING FACILITY SERVICES. | |
| | **Nature of debtor's interest** | | VISTACARE USA, LLC D/B/A GENTIVA HOSPICE 6431 S. EAST STREET INDIANAPOLIS IN 46227 |
| | **State the term remaining** | 11/4/2013 | |
| | **List the contract number of any government contract** | | |

| 2.268. | **Title of contract** | MUTUAL AID TRANSFER AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR MUTUAL AID IN EVENT OF A FACILITY DISASTER. | |
| | **Nature of debtor's interest** | | WELLBROOKE OF CARMEL 12315 PENNSYLVANIA STREET CARMEL IN 46032 |
| | **State the term remaining** | 11/9/2017 | |
| | **List the contract number of any government contract** | | |

Debtor    **Mayflower Communities, Inc.**                                    Case number *(if known)* **19-30283**

| 2.269. | **Title of contract** | SERVICES PROPOSAL | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | | |
| | **Nature of debtor's interest** | | WORX-HUB |
| | | | 365 EVANS AVENUE |
| | | | #504 |
| | **State the term remaining** | 8/14/2013 | TORONTO ON M8Z 1K2 |
| | **List the contract number of any government contract** | | CANADA |

| 2.270. | **Title of contract** | IMAGE MANAGEMENT AGREEMENT | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | FOR XEROX IMAGING SERVICES. | |
| | **Nature of debtor's interest** | | XEROX |
| | | | 2920-C FORTUNE CIRCLE WEST |
| | **State the term remaining** | 9/12/2014 | INDIANAPOLIS IN 46241 |
| | **List the contract number of any government contract** | | |

| 2.271. | **Title of contract** | DIRECTORS & OFFICERS LIABILITY POLICY POLICY # ELU159229-18 | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| | **State what the contract or lease is for** | INSURANCE | |
| | **Nature of debtor's interest** | INSURED | XL SPECIALTY INSURANCE COMPANY |
| | **State the term remaining** | DECEMBER 1, 2019 | 70 SEAVIEW AVENUE |
| | | | STAMFORD CT 06902 |
| | **List the contract number of any government contract** | | |

[1]DATE OF OCCUPANCY

**Fill in this information to identify the case:**

**Debtor name:** Mayflower Communities, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-30283

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.1. _____ | _____ | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

**Debtor name:** Mayflower Communities, Inc.

**United States Bankruptcy Court for the:** Northern District of Texas

**Case number (if known):** 19-30283

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

| | | |
|---|---|---|
| Executed on | 3/4/2019 | ✗  */s/ Louis E. Robichaux IV* |
| | MM/DD/YYYY | Signature of individual signing on behalf of debtor |
| | | Louis E. Robichaux IV |
| | | Printed name |
| | | Chief Restructuring Officer |
| | | Position or relationship to debtor |