

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON**
**THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 18, 2019**

_____
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **CHAPTER 11** |
| **MAYFLOWER COMMUNITIES, INC.[1]** | § | |
| | § | **CASE NO. 19-30283 (HDH)** |
| **Debtor.** | § | |

### ORDER GRANTING DEBTOR'S AMENDED MOTION FOR ENTRY
### OF AN ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE
### EXCLUSIVE PERIODS DURING WHICH ONLY THE DEBTOR MAY FILE
### A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF

Upon consideration of the amended motion [Docket No. 255] (the "Amended Motion")[2]

of the above-captioned debtor and debtor-in-possession (the "Debtor"), pursuant to section

1121(d) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 3016-1 of the

Local Bankruptcy Rules of the United States Bankruptcy Court for the Northern District of Texas,

for an order extending each of the periods during which the Debtor has the exclusive right to file

---

[1] The last four digits of the Debtor's federal tax identification number are 6350.  The mailing address for the Debtor is 1335 S. Guilford Road Carmel, Indiana 46032-2810.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Amended Motion.

EAST\167841238.1

a chapter 11 plan and solicit acceptances thereof by twenty-nine (29) days; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Amended Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due and proper notice of the Amended Motion having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Amended Motion is in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Amended Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, it is hereby

### ORDERED THAT:

1.      The Amended Motion is GRANTED.

2.      Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtor may file a plan under section 1121(b) of the Bankruptcy Code is extended through and including June 28, 2019.

3.      Pursuant to section 1121(d) of the Bankruptcy Code, the time within which only the Debtor may solicit acceptances to any proposed plan under section 1121(c)(3) of the Bankruptcy Code is extended through and including August 27, 2019.

4.      This Order shall be without prejudice to the Debtor's right to seek further extensions of the time within which only the Debtor may file and solicit acceptances of a plan.

### ###END OF ORDER###

Order submitted by:

**DLA PIPER LLP (US)**

By: _/s/ Daniel B. Prieto_
Daniel B. Prieto, State Bar No. 24048744

2

DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
E-mail: dan.prieto@dlapiper.com

- and -

Thomas R. Califano, NY Bar No. 2286144 (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

- and -

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: (305) 423-8563
Fax: (305) 675-8206
E-mail: rachel.nanes@dlapiper.com

*Counsel for the Debtor*

EAST\167841238.1