Daniel B. Prieto, State Bar No. 24048744
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
E-mail: dan.prieto@dlapiper.com

COUNSEL FOR THE DEBTOR

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel: (212) 335-4500
Fax: (212) 335-4501
E-mail: thomas.califano@dlapiper.com

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel: (305) 423-8563
Fax: (305) 675-8206
E-mail: rachel.nanes@dlapiper.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **In re:** | § § | |
| | § | **CHAPTER 11** |
| **MAYFLOWER COMMUNITIES, INC.**[1] | § § | |
| | § | **CASE NO. 19-30283 (HDH)** |
| **Debtor.** | | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 24, 2019 AT 9:00 A.M. (CST)**

**MATTERS TO BE HEARD:**

1. Debtor's Motion for Entry of Orders (I) Approving Bid Procedures, (II) Authorizing the Debtor to Offer Certain Bid Protections to Stalking Horse, (III) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (IV) Authorizing (A) the Sale of the Debtor's Assets Free and Clear of All Liens, Claims, Interests and Encumbrances, and (B) the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases, (V) Approving the Forms of Notices Related to the Sale, and (VI) Granting Related Relief [Docket No. 164].

    **Related Documents:**

    - Order (I) Approving Bid Procedures, (II) Authorizing the Debtor to Offer Certain Bid Protections to Stalking Horse, (III) Approving Procedures for the Assumption and Assignment of Certain Executory Contracts and Unexpired

---

[1] The last four digits of the Debtor's federal tax identification number are 6350. The mailing address for the Debtor is 1335 S. Guilford Road Carmel, Indiana 46032-2810.

Leases, (IV) Approving the Forms of Notices Related to the Sale, and (V) Granting Related Relief [Docket No. 216];

- Notice of Selection of Stalking Horse [Docket No. 254];

- Stipulation and Agreed Order Amending Bid Procedures Order to Reschedule Auction [Docket No. 282];

- Notice of Selection of Successful Bidder and Cancellation of Auction [Docket No. 292]; and

- Notice of Filing of Amended Assigned Contracts and Related Cure Amounts Pursuant to the Bid Procedures Order [Docket No. 309].

**Responses Received**: None.

**Status**: This matter is going forward as an uncontested matter.

2. Debtor's Motion for Entry of an Order (I) Approving Disclosure Statement, (II) Establishing Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Debtor's Chapter 11 Plan, (III) Scheduling a Confirmation Hearing, and (IV) Approving Related Notice Procedures [Docket No. 277].

**Related Documents**:

- Debtor's First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 306];

- First Amended Disclosure Statement for Debtor's First Amended Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 307];

- Notice of Filing of Blackline Comparisons of (I) Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Disclosure Statement for Debtor's Plan of Liquidation Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 308].

**Responses Received**:

- Informal comments from the Office of the United States Trustee.

**Status**: This matter is going forward as an uncontested matter.

3. Debtor's Motion to (I) Approve Procedures to Determine Amounts Owed to Former Residents; and (II) Amend the Assignment Procedures with Respect to Current Residents Set Forth in the Bid Procedures Order [Docket No. 304].

> **Related Documents:**
>
> - Motion for Emergency Consideration of Debtor's Motion to (I) Approve Procedures to Determine Amounts Owed to Former Residents; and (II) Amend the Assignment Procedures with Respect to Current Residents Set Forth in the Bid Procedures Order [Docket No. 305]; and
>
> - Notice of Emergency Hearing on Debtor's Motion to (I) Approve Procedures to Determine Amounts Owed to Former Residents; and (II) Amend the Assignment Procedures with Respect to Current Residents Set Forth in the Bid Procedures Order [Docket No. 310].
>
> **Responses Received:**  None.
>
> **Status:**  This matter is going forward as an uncontested matter.

Dated: July 23, 2019
Dallas, Texas

**DLA PIPER LLP (US)**

By: /s/ Daniel B. Prieto
Daniel B. Prieto, State Bar No. 24048744
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
E-mail:  dan.prieto@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501
E-mail:  thomas.califano@dlapiper.com

- and -

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel:  (305) 423-8563
Fax:  (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

*Counsel for the Debtor*