# EXHIBIT B

**Cushman & Wakefield Invoice for Services Rendered**



August 20, 2019

C/O Charles Pease
Ankura
15950 Dallas Parkway, Suite 750
Dallas, TX 75248

**Re: Barrington of Carmel**

Charles,

Please let this letter serve as an invoice pursuant to the Listing Agreement For Sale dated January 31, 2019 for the commission fee, payable to Cushman & Wakefield.

Commission Calculation:
| | |
|---|---|
| Purchase Price: | $61,000,000.00 |
| Commission Rate: | 1.5% |
| Total Commission Due: | **$915,000.00** |
| Expense Reimbursement: | **$11,538.11** |
| **Total Due:** | **$926,538.11** |

Please make payment using the wiring instructions on the following page. For further confirmation regarding the wiring instructions, please contact:

Yami Rivera
Senior Housing Brokerage Coordinator
Direct: 813-462-4213
yamilette.rivera@cushwake.com

Thank you for this opportunity to be of service.

Sincerely,

Allen McMurtry

Executive Director

| Barrington Expense Reimbursement | |
|---|---|
| VENDOR | AMOUNT |
| Real Capital Markets | $3,000.00 |
| Real Capital Markets | $2,000.00 |
| Real Capital Markets | $1,000.00 |
| Real Capital Markets | $378.00 |
| Airfare | $2,995.95 |
| Lodging | $1,073.06 |
| Other Travel | $1,091.10 |
| | $11,538.11 |