## **EXHIBIT C**

**Expense Summary for the Compensation Period from
January 30, 2019 through August 30, 2019**

**EXPENSE SUMMARY FOR CUSHMAN & WAKEFIELD U.S., INC.**
**FOR THE COMPENSATION PERIOD <u>FROM</u>**
**<u>JANUARY 30, 2019 THROUGH AUGUST 30, 2019</u>**

| Expense Category | Total Expenses |
|---|---:|
| Real Capital Markets | $3,000.00 |
| Real Capital Markets | $2,000.00 |
| Real Capital Markets | $1,000.00 |
| Real Capital Markets | $378.00 |
| Airfare | $2,995.95 |
| Lodging | $1,073.06 |
| Other Travel | $1,091.10 |
| **Total:** | **$11,538.11** |