**EXHIBIT D**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | CHAPTER 11 |
| MAYFLOWER COMMUNITIES, INC.[1] | § | |
| | § | CASE NO. 19-30283 (HDH) |
| Debtor. | § | |

**ORDER APPROVING FIRST AND FINAL APPLICATION OF
CUSHMAN & WAKEFIELD U.S., INC. FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
AS REAL ESTATE BROKER TO THE DEBTOR FOR THE PERIOD FROM
JANUARY 30, 2019 THROUGH AUGUST 30, 2019**

Upon the first and final application for compensation [Docket No. ●] (the "Application")[2] of Cushman & Wakefield U.S., Inc. ("Cushman & Wakefield"), as real estate broker to the above-captioned debtor (the "Debtor"), pursuant to sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, and Rule 2016-1 of the Local Rules seeking, on a final basis, allowance of compensation totaling $915,000.00 and reimbursement of ordinary and necessary expenses

---

[1] The last four digits of the Debtor's federal tax identification number are 6350. The mailing address for the Debtor is 1335 S. Guilford Road Carmel, Indiana 46032-2810.

[2] All capitalized terms not otherwise defined in this Order shall have the meanings ascribed to them in the Application.

totaling $11,538.11 incurred during the Compensation Period from January 30, 2019 through August 30, 2019 (the "Compensation Period"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Application and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that the relief sought in the Application is in the best interests of the Debtor, its creditors, and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and due and proper notice of the Application having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefore, it is hereby:

**ORDERED THAT:**

1. The Application is approved as provided herein.

2. Cushman & Wakefield is allowed, on a final basis, compensation totaling $915,000.00 for services rendered and reimbursement of ordinary and necessary expenses totaling $11,538.11 incurred during the Compensation Period, for a total award of $926,538.11.

3. The Debtor is authorized to pay Cushman & Wakefield $926,538.11 as compensation for services rendered and reimbursement of expenses incurred as real estate broker to the Debtor during the Compensation Period.

4. The Debtor is directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

5. Notwithstanding Bankruptcy Rule 6004, this Order shall be immediately effective and enforceable upon its entry, and the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

### ###END OF ORDER###

Order submitted by:

**DLA PIPER LLP (US)**

By: /s/ Andrew B. Zollinger
Andrew B. Zollinger, State Bar No. 24063944
DLA Piper LLP (US)
1900 North Pearl Street, Suite 2200
Dallas, Texas 75201
Tel: (214) 743-4500
Fax: (214) 743-4545
E-mail: andrew.zollinger@dlapiper.com

- and -

Thomas R. Califano (admitted *pro hac vice*)
DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
Tel:  (212) 335-4500
Fax:  (212) 335-4501
E-mail:  thomas.califano@dlapiper.com

- and -

Rachel Nanes (admitted *pro hac vice*)
DLA Piper LLP (US)
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131
Tel:  (305) 423-8563
Fax:  (305) 675-8206
E-mail:  rachel.nanes@dlapiper.com

*Counsel for the Debtor*